Customer Quote Sheet

| Item Name | Description | Part Number | Purchase Unit | Unit Price | Unit Count | Cost |
|---|---|---|---|---|---|---|
| Microsoft License Only Software | | | | | | |
| A2926255 | Microsoft® Windows Professional Sngl Software Assurance Open Value 1 License Additional Product 3 Year Acquired year 1 | FQC-02245 | EA | 799.00 | 165 | 131,835.00 |
| A3705240 | Microsoft® Office Professional 2010 | 269-14964 | EA | 349.00 | 165 | 57,585.00 |
| WS10EE | Operating System: Windows Server 2008 R2, Enterprise Edition,x64,Includes 10 CALs | WS10EE | EA | 2,260.00 | 4 | 9,040.00 |
| SQ28S4 | Microsoft® SQL Server 2008 Standard (4 Socket),OEM,NFI | SQ28S4 | EA | 21,557.00 | 4 | 86,228.00 |
| SR25SCU | Microsoft®SQL Server™2008R2 Standard,5 USR CALs Only,OEM,No Media | SR25SGU | EA | 1,059.00 | 2 | 2,118.00 |
| Subtotal | | | | | 340 | 286,806.00 |
| | | | | | | |
| MCCS-1 | Microsoft Consulting Services and Support | | EA | | | 0.00 |
| Subtotal | | | | | | 0.00 |
| SWS-1 | Non-Microsoft Software | | EA | | | 0.00 |
| Subtotal | | | | | | 0.00 |
| | | | | | | |
| Hardware | | | | | | |
| A3862245 | Mobile Clinical Assistant C5V i7-640 1.2 - VAD - INTEGRATED SCR - 160GB HDD - 4GB RAM - ENG MUI XP - US PO / Windows 7 Pro w/Tablet PC SYSTEM COMPONENTS (INCLUDED) | KB332432232323 | EA | 2,493.00 | 165 | 411,345.00 |
| R7104 | PowerEdge R710. | R7104 | EA | 46,751.00 | 4 | 187,004.00 |
| | Chassis for Up to Four 3.5-inch Hard Drives | | | | | |
| | Processor | X5560 | INCL | | 1 | |
| | Intel® Xeon® X5560, 2.8Ghz, 8M Cache,Turbo, HT, 1333MHz Max Mem | | | | | |
| | Operating System  Windows Server 2008 R2, Enterprise Edition,x64,Includes 10 CALs | WS10EE | INCL | | 1 | |
| | Microsoft SQL Server, | SQ28S4 | INCL | | 1 | |
| | Microsoft® SQL Server™ 2008 Standard (4 Socket),OEM,NFI | | | | | |
| | Client Access Licenses. | SR25SCU | INCL | | 1 | |
| | Microsoft®SQL Server™2008R2 Standard,5 USR CALs Only,OEM,No Media | | | | | |
| | Additional Processor | 2X5560 | INCL | | 1 | |
| | Intel® Xeon® X5560, 2.8Ghz, 8M Cache,Turbo, HT, 1333MHz Max Mem | | | | | |
| | Memory | 192RD2P | INCL | | 1 | |
| | 192GB Memory (12x16GB), 800MHz Quad Ranked RDIMMs for 2 Processors, Optimized | | | | | |
| | Hard Drive Configuration | MSR5 | INCL | | 1 | |
| | RAID 5 for H700 or PERC 6/i Controllers | | | | | |
| | Primary Controller. | P61X4 | INCL | | 1 | |

2

Exhibit 3 - Page 15

Exhibit 2

1　LEO D. PLOTKIN (SBN 101893)
　　JOHN P. MERTENS (SBN 252762)
2　LEVY, SMALL & LALLAS
　　A Partnership Including Professional Corporations
3　815 Moraga Drive
　　Los Angeles, California 90049
4　Telephone: (310) 471-3000
　　Facsimile: (310) 471-7990
5　Email: lplotkin@lsl-la.com
6　　　　jmertens@lsl-la.com
　　Attorneys for Plaintiff
7　PNCEF, LLC, dba PNC Equipment Finance

8

9　　　　　　　UNITED STATES DISTRICT COURT

10　　　　　　CENTRAL DISTRICT OF CALIFORNIA

11　　　　　　　　　SOUTHERN DIVISION

12　PNCEF, LLC, dba PNC EQUIPMENT　）　Case No. **SACV10-1606 DOC(PJWx)**
　　FINANCE, an Indiana limited liability　）
13　company,　　　　　　　　　　　　　）
　　　　　　　　　　　　　　　　　　　　）　DECLARATION OF DOLLY
14　　　　　　　　　　　　　　　　　　）　GARRETT IN SUPPORT OF
　　　　　　　　　　Plaintiff,　　　　　　）　PLAINTIFF'S EX PARTE
15　　　　　　　　　　　　　　　　　　）　APPLICATION FOR TEMPORARY
　　　　　　vs.　　　　　　　　　　　　　）　RESTRAINING ORDER AND
16　　　　　　　　　　　　　　　　　　）　ORDER TO SHOW CAUSE WHY
　　BPMB, INC., a California corporation,　）　PRELIMINARY INJUNCTION
17　and MICHAEL MAI, an individual,　　　）　SHOULD NOT ISSUE
　　　　　　　　　　　　　　　　　　　　）
18　　　　　　　　　Defendants.　　　　　）
　　　　　　　　　　　　　　　　　　　　）　Date:
19　　　　　　　　　　　　　　　　　　）　Time:
　　　　　　　　　　　　　　　　　　　　）　Place:
20　　　　　　　　　　　　　　　　　　）

21

22

23　　　　I, Dolly Garrett, declare:

24　　　　1.　　I am the Vice President of Operations of PNCEF, LLC, dba PNC

25　Equipment Finance, the plaintiff in the above-captioned action. I have personal,

26　first-hand knowledge of the entire contents of this declaration and, if called upon to

27　do so, could and would competently testify thereto.

28

## A.  Plaintiff's Business and Records

2.  Plaintiff is an Indiana limited liability company with its principal place of business in Ohio. Plaintiff provides various types of asset-based financing to its borrowers and clients. Some of such financing is offered through Microsoft Financing, which is a program established by Microsoft Corporation to enable distributors to provide a single financing source for all of their customers' information technology needs, including equipment, software, and services, including those offered by Microsoft and also by third party vendors. Microsoft has authorized plaintiff to provide financing under the Microsoft Financing program. Accordingly, plaintiff has entered into agreements with various distributors pursuant to which such distributors submit to plaintiff credit applications on behalf of their customers to obtain financing of such customers' purchases from the distributors. One such distributor with which plaintiff recently established a relationship is defendant BPMB, Inc. ("BPMB").

3.  I am one of the custodians of the books, records and files of plaintiff as those books, records and files pertain to transactions between plaintiff and BPMB. As to the following facts, I know them to be true of my own knowledge or I have gained knowledge from the business records of plaintiff which were made at or about the time of the events recorded and maintained in the ordinary course of business of plaintiff at or near the time of the acts, conditions, or events to which they relate, and prepared in the ordinary course of business of plaintiff by a person employed by plaintiff who had personal knowledge of the events being recorded and had a business duty to so accurately record such events

## B.  The Financing Agreement

4.  On or about June 14, 2010, plaintiff and BPMB entered into a Financing Program Agreement (the "Financing Agreement") pursuant to which the parties agreed, among other things, as follows:

Case 8:10-cv-01606-DC -PJW Document 8-1 Filed 10/20/10 Page 3 of 15 Page ID #:80

a. BPMB would, from time to time, obtain all necessary information and submit applications to plaintiff for credit approval for plaintiff's financing the acquisition of various Microsoft products and/or third party computer hardware and software products distributed by, and related services to be performed by, BPMB pursuant to written contracts with its customers;

b. Plaintiff would employ reasonable efforts to determine the creditworthiness of BPMB's customers; and

c. If plaintiff approved a proposed transaction between BPMB and its customer, and the customer executed plaintiff's form Installment Payment Agreement ("IPA") agreeing to make periodic payments to plaintiff, and the other terms and conditions set forth in the Financing Agreement were satisfied, plaintiff would pay BPMB or, if applicable, the third party provider, for the products and services covered by the IPA.

A true copy of the Financing Agreement, which I signed on plaintiff's behalf, is attached as Exhibit 1 to this Declaration. BPMB's president, defendant Michael Mai ("Mai"), signed the Financing Agreement on BPMB's behalf and returned it to me, and acknowledged that he had signed it when he returned it to plaintiff's office.

5. The Financing Agreement also contains the following promises, among others, made by BPMB to plaintiff whenever BPMB submitted an invoice for products and/or services for funding by plaintiff:

a. All invoices for products and services that BPMB submitted to plaintiff were true and correct;

b. BPMB had fully informed plaintiff of all material information relating to the proposed transaction;

c. BPMB had not made any material misrepresentations to plaintiff; and

d. Unless plaintiff had expressly agreed to advance funding, the products covered by the invoice had either been delivered to or unconditionally

3

1  accepted by BPMB's customer or the customer had irrevocably directed plaintiff to
2  pay BPMB or a third party provider for the products, and any services covered by
3  the invoice had been agreed to in writing by the customer.

4      **C.**    **The Fraudulent JAC Transaction**

5      6.    On or about July 26, 2010, BPMB submitted an electronic application
6  to our credit team under the Financing Agreement seeking to obtain financing for
7  the purchase from BPMB of certain computer hardware and software and related
8  services (collectively, the "Products and Services") by one of BPMB's alleged
9  customers, JAC. Instrument Company ("JAC"), which does business as JAC Health
10  Care Products, and which is a supplier and distributor of durable medical
11  equipment. The application identified Michael Zeman ("Zeman") as JAC's
12  authorized contact, with an email address using the jachealthcare.com domain. A
13  computer screen print of JAC's application is attached as Exhibit 2 to this
14  Declaration. BPMB subsequently provided to our credit team financial statements
15  that were purportedly obtained from JAC.

16      7.    Plaintiff approved the application to finance JAC's acquisition of the
17  Products and Services, and on or about August 27, 2010, Mai emailed to plaintiff a
18  Customer Ordering Quote for the Products and Services to be sold to JAC. A true
19  copy of the Customer Ordering Quote is attached as Exhibit 3 to this Declaration.
20  To avoid an additional credit review on financing exceeding $1 million, Mai stated
21  that JAC would pay the sales tax directly to the state, and on August 30, 2010, sent
22  to plaintiff an invoice deleting the sales tax. A true copy of the invoice is attached
23  as Exhibit 4 to this Declaration.

24      8.    Plaintiff thereupon prepared documents evidencing the financing
25  transaction, including an IPA between plaintiff and JAC (the "JAC IPA"), pursuant
26  to which JAC would finance the purchase price of $935,795 for the Products and
27  Services through 36 monthly payments of $28,515.36 to plaintiff, commencing on
28

4

1  October 2, 2010, and on August 30, 2010, emailed the documents to Mai to obtain
2  the necessary signatures from JAC.

3       9.    On September 1, 2010, plaintiff received from Mai the transaction
4  documents, including the IPA, executed by Michael Zeman on behalf of JAC
5  purportedly as its chief operating officer, and a Certification of Secretary
6  purportedly signed by JAC's secretary or assistant secretary, identified as Henry
7  Shibata ("Shibata"), authorizing Zeman to sign the JAC IPA on JAC's behalf. A
8  true copy of the JAC IPA with the Certification of Secretary that plaintiff received
9  from Mai is attached as Exhibit 5 to this Declaration.

10       10.    On September 3, 2010, plaintiff funded the transaction evidenced by
11  the JAC IPA and wired funds in the amount of $935,795 to BPMB's bank account
12  at Bank of America. A true copy of the wire transfer advice is attached as Exhibit 6
13  to this Declaration.

14      **D.    Discovery of the Fraud**

15       11.    While the transaction with BPMB and JAC was pending, BPMB,
16  through Mai, submitted an application to obtain financing for the acquisition by
17  another purported customer, Aegis Technologies Group, Inc. ("Aegis"), of certain
18  equipment from BPMB.

19       12.    During the course of preparing the transaction documentation, and as
20  set forth more fully in the concurrently-filed declaration of Kimberly Colonna, Mai
21  requested that Aegis's billing address be changed. Also as set forth in Ms.
22  Colonna's declaration, in the process of confirming the request directly with Aegis,
23  its chief executive officer disclaimed knowledge of the transaction. Concerned that
24  Mai may be engaging in fraudulent transactions, on September 17, 2010, I
25  contacted Shibata of JAC to confirm that he had in fact signed the Certification of
26  Secretary authorizing Zeman to enter into the JAC IPA with plaintiff. Shibata, who
27  is also JAC's president, told me that he had not signed the Certification of
28  Secretary, had not authorized Zeman to acquire the Products and Services from

1  BPMB, and knew nothing about the transaction. Shibata also informed me that
2  Zeman was not JAC's chief operating officer (the capacity Zeman purported to have
3  when he signed the JAC IPA), but a sales representative.

4      13.   I subsequently examined the executed JAC IPA we received from Mai,
5  and discovered that JAC's address had been electronically altered on the document
6  after we sent it to Mai to obtain JAC's signature. The address we obtained for JAC
7  from credit reports, and which Mai subsequently confirmed was JAC's correct
8  address, was 4550 S. Maywood Ave., Los Angeles, CA 90058. That was the
9  address we used on the documents submitted to Mai for JAC's signature. A true
10 copy of the form of IPA emailed to Mai on August 30, 2010 is attached as Exhibit 7
11 to this Declaration. As can be seen from the JAC IPA attached as Exhibit 5, the
12 address on the signed copy was changed to 5211 Washington Blvd., Los Angeles,
13 CA 90040. The address in the JAC IPA was altered without our knowledge or
14 consent.

15     14.   During the verbal audit we conducted with Zeman, he stated that the
16 correct billing address was the one on Washington Blvd. We subsequently
17 confirmed that Dun & Bradstreet had updated its credit records for JAC to reflect
18 the Washington Blvd. address. I therefore believed, at the time of funding, that
19 JAC's billing address was in fact on Washington Blvd.

20     15.   On October 4, 2010, plaintiff received a payment from a company
21 known as "JAC Instrument, Inc.", with the Washington Blvd. address printed on the
22 face of the check, which was accompanied by a cover letter stating that it was the
23 October 2010 payment on the JAC IPA. The address on the cover letter was also the
24 Washington Blvd. address. A true copy of the cover letter and enclosed check is
25 attached collectively as Exhibit 8 to this Declaration. While it's possible the check
26 represents good funds, as of the time of signing this Declaration the check has not
27 yet cleared.

28

16. As shown by the JAC IPA attached as Exhibit 5, our contract is with "JAC. Instrument Company", not JAC Instrument, Inc. As more fully set forth in the concurrently-filed Declaration of Leo D. Plotkin, there appear to be two different companies with similar names: our borrower, JAC. Instrument Company, located at the Maywood Ave. address, and JAC Instrument, Inc. on Washington Blvd. Also as set forth in Mr. Plotkin's declaration, JAC Instrument, Inc. was apparently incorporated after plaintiff entered into the JAC IPA. Plaintiff contracted with JAC. Instrument Company, not JAC Instrument, Inc., and did not consent to any assignment of the contract from one company to the other.

17. In light of our discoveries, including the apparently forged signature on the JAC IPA, Shibata's disavowal of knowledge of the transaction, and the formation of a new company with which we did not contract and the associated changes of address, we became concerned that BPMB had never purchased the equipment and software at all. We therefore attempted to confirm whether BPMB had in fact ordered the equipment and software. On September 21, 2010, I spoke by telephone with Robert Ahrens, North America Vendor Program Manager for Microsoft Finance. Mr. Ahrens confirmed that BPMB never placed an order with Microsoft for the software identified on the invoice attached as Exhibit 4, consisting of 165 copies of Microsoft Windows Professional, 165 copies of Microsoft Office Professional 2010, four copies of Windows Server 2008, four copies of Microsoft SQL Server 2008 Standard, and two copies of Microsoft SQL Server 2008R2 Standard. Further, on October 8, 2010, I contacted Dell Computers to determine whether BPMB had ordered the PowerEdge R710 computers referenced on the invoice attached as Exhibit 4, which are computers manufactured and sold by Dell, and gave to Dell the serial numbers of such equipment that Zeman had provided to plaintiff. I was informed that Dell could not locate the serial number on their system and that they do not appear to be Dell asset tag numbers.

1       I declare under penalty of perjury under the laws of the United States of

2   America that the foregoing is true and correct.

3       Executed on this 19th day of October, 2010, at Cincinnati, Ohio

 

                                        Dolly Garrett

8

Exhibit 3

1 LEO D. PLOTKIN (SBN 101893)
JOHN P. MERTENS (SBN 252762)
2 LEVY, SMALL & LALLAS
A Partnership Including Professional Corporations
3 815 Moraga Drive
Los Angeles, California 90049
4 Telephone: (310) 471-3000
Facsimile: (310) 471-7990
5 Email: lplotkin@lsl-la.com
        jmertens@lsl-la.com
6 Attorneys for Plaintiff
7 PNCEF, LLC, dba PNC Equipment Finance

FILED
2010 OCT 20 PM 3: 07

8

9                   UNITED STATES DISTRICT COURT

10                  CENTRAL DISTRICT OF CALIFORNIA

11                         SOUTHERN DIVISION

12 PNCEF, LLC, dba PNC EQUIPMENT   ) Case No. **SACV10-1606 DOC(PJWx)**
   FINANCE, an Indiana limited liability )
13 company,                        )
                                    ) DECLARATION OF ALLEN J.
14                   Plaintiff,     ) DUFFIN IN SUPPORT OF
                                    ) PLAINTIFF'S EX PARTE
15        vs.                       ) APPLICATION FOR TEMPORARY
                                    ) RESTRAINING ORDER AND
16 BPMB, INC., a California corporation, ) ORDER TO SHOW CAUSE WHY
   and MICHAEL MAI, an individual,  ) PRELIMINARY INJUNCTION
17                                  ) SHOULD NOT ISSUE
18                   Defendants.    )
                                    ) Date:
19                                  ) Time:
                                    ) Place:
20
21
22

23        I, Allen J. Duffin, declare as follows:

24        1.    I am employed in the Financial Intelligence Unit of PNC Bank,

25 National Association, the sole member of plaintiff PNCEF, LLC, dba PNC

26 Equipment Finance. I have personal, first-hand knowledge of the entire contents of

27 this declaration and, if called upon to do so, could and would competently testify

28 thereto.

                                    1
                        Declaration of Allen J. Duffin

6. On October 12, 2010, I obtained a printout from Network Solutions' website of the results of a "whois" search for the domain name "jacinstrument.com". According to Network Solutions, the domain was first registered on August 30, 2010. A true copy of the printout from the Network Solutions website with the domain registration information for jacinstrument.com is attached to this declaration as Exhibit 6.

7. On October 12, 2010, I also obtained a printout from Network Solutions' website of the results of a "whois" search for the domain name "jachealthcare.com". According to Network Solutions, the domain is registered to JAC Instrument Company, and was first registered on December 13, 1999. A true copy of the printout from the Network Solutions website with the domain registration information for jachealthcare.com is attached to this declaration as Exhibit 7.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 20 day of October, 2010, at Los Angeles, California.

Leo D. Plotkin

3

Declaration of Leo D. Plotkin

# California Secretary of State Debra Bowen

Secretary of State    Administration    Elections    **Business Programs**    Political Reform    Archives    Registries

**Business Entities (BE)**

Online Services
- **Business Search**
- **Disclosure Search**
- **E-File Statements**
- **Processing Times**

**Main Page**

**Service Options**

**Name Availability**

**Forms, Samples & Fees**

**Annual/Biennial Statements**

**Filing Tips**

**Information Requests**
(certificates, copies &
status reports)

**Service of Process**

**FAQs**

**Contact Information**

Resources
- **Business Resources**
- **Tax Information**
- **Starting A Business**
- **International Business
  Relations Program**

**Customer Alert**
(misleading business
solicitations)

## Business Entity Detail

Data is updated weekly and is current as of Friday, October 01, 2010. It is not a complete or certified record of the entity.

| | |
|---|---|
| Entity Name: | JAC INSTRUMENT, INC. |
| Entity Number: | C3318756 |
| Date Filed: | 09/22/2010 |
| Status: | ACTIVE |
| Jurisdiction: | CALIFORNIA |
| Entity Address: | 3789 3RD AVE |
| Entity City, State, Zip: | SAN DIEGO CA 92103 |
| Agent for Service of Process: | NICOLAS VAZQUEZ |
| Agent Address: | 5211 WASHINGTON BLVD STE 2-174 |
| Agent City, State, Zip: | COMMERCE CA 90040-3963 |

\* Indicates the information is not contained in the California Secretary of State's database.

- If the status of the corporation is "Surrender," the agent for service of process is automatically revoked. Please refer to California Corporations Code **section 2114** for information relating to service upon corporations that have surrendered.
- For information on checking or reserving a name, refer to **Name Availability**.
- For information on ordering certificates, copies of documents and/or status reports or to request a more extensive search, refer to **Information Requests**.
- For help with searching an entity name, refer to **Search Tips**.
- For descriptions of the various fields and status types, refer to **Field Descriptions and Status Definitions**.

**Modify Search**    **New Search**    **Printer Friendly**    **Back to Search Results**

**Privacy Statement | Free Document Readers**

Copyright © 2010 California Secretary of State

Exhibit 1 - Page 4

Friday, 08 Oct 2010



**WHEELCHAIR PRODUCTS**

Detachable swing away footrests




**APP BUBBLE PAD**

PVC Material, 78"X34" (Inflated)

**BATH BENCHES**



Deluxe Bath Bench With Back



yes, **we love our sale.** Get 10% OFF

THIS OFFER IS VALID FOR ALL OUR STORE ITEMS.

Great Products and Quality Supports "The Problem Solver" Please contact us



We accept all major credit cards **Please visit our store**



**Product Categories**

APP Pads

Crutches

Commodes

Patient Aids

Walkers

Rollators

Bath Benches

Bariatric Products

Canes

Wheelchairs

Bath Accessories

Hospital Beds

**JAC Hot Products**



Adjustable APP Pump And Pad



Alternating Pressure Pad



Semi-Electric Hospital Bed



Grab Bars

Exhibit 2 - Page 5

**JAC Latest Products**



Adjustable APP Pump And Pad



Alternating Pressure Pad



Safer.Simpler.Easier
Shopping Cart
and secure
Payment Gateway

Authorize.Net
Click to...

VISA · DISCOVER

**JAC Featured Products**



Deluxe Bath Bench With Back



Wheelchair Detachable Arms



Wheelchair with Fixed Arm

**JAC Products**



| Crutches | Commodes | Patient Lifts | Walkers | Rollators |

 Aluminum forearm

Aluminum forearm
crutch

XML · SWF      ▮▮      1 of 1 Order

**Who's Online**

We have 1 guest online

Copyright © 2010 JAC Instrument, Inc. | All rights reserved    Red Blue Green

Exhibit 2 - Page 6

Privacy Policy    Terms and Conditions    Shipping & Return Policy    FAQ

Login    Register    Tools    Cart ( 0 items )

**Home**    **About Us**    **JAC Store**    **Contact Us**

search...

Friday, 08 Oct 2010

**Product Categories**

APP Pads

Crutches

Commodes

Patient Aids

Walkers

Rollators

Bath Benches

Bariatric Products

Canes

Wheelchairs

Bath Accessories

Hospital Beds



**JAC Latest Products**



Adjustable APP Pump And Pad



Alternating Pressure Pad

# JAc Instrument, Inc.

| | |
|---|---|
| Address: | 5211 WASHINGTON BL, SUITE 2-174 |
| | LOS ANGELES |
| | CALIFORNIA |
| | 90040-3963 |
| | USA |
| Telephone: | (323) 523-5022 |
| Information: | JAC Instrument Company is a supplier and distributor of durable medical equipment (DME) across the U.S., Canada and Mexico. |

Download information as a vCard

**Enter your Name:**

**E-mail address*:**

**Message Subject:**

**Enter your Message*:**

Exhibit 3 - Page 7





☐  E-mail a copy of this message to your own address.

SEND

Copyright © 2010 JAC Instrument. Inc. | All rights reserved      Red Blue Green

Exhibit 3 - Page 8



© Copyright 2002 JAC Health Care Products. All rights reserved

Exhibit 4 – Page 9



© Copyright 2002 JAC Health Care Products. All rights reserved

Powered By : Xsided

Exhibit 5 - Page 10

Network Solutions >> Whois >> Results
Log In

**WebAddress**™

- Search
- Renew
- Transfer
- Features
- Private Registration
- Forward
- WHOIS

**WHOIS Results for jacinstrument.com**

Available domain names similar to jacinstrument.com

Available Extensions

- **jacinstrument**.net
- **jacinstrument**.tel
- **jacinstrument**.org
- **jacinstrument**.us

Available Domains

- jac-instrument.com
- kin**jacinstrument**.com
- **jacinstrument**kin.com
- **jacinstrument**quot.com

Premium Resale Domains

| | |
|---|---|
| instrumentbook.com | **$1,795** |
| instrumentroom.com | **$788** |
| vietnameseinstruments.com | **$599** |
| instrumentboxes.com | **$395** |
| **jacinstrument**.eu | |
| **jacinstrument**.info | |
| **jacinstrument**.mobi | |
| **jacinstrument**.biz | |
| **jacinstrument**.tv | |
| **jacinstrument**.bz | |
| bil**jacinstrument**.com | |
| texas**jacinstrument**.com | |
| straight**jacinstrument**.com | |
| national**jacinstrument**.com | |

Exhibit 6 - Page 11

jacinstrumentantique.com
jacinstrumentlab.com
instrumentdesigner.com          **$1,188**
instrumentset.com               **$449**
instrumentcompany.com           **$1,795**

Underline{View more}



jacinstrument.com

Is this your domain name? <u>Renew it now.</u>

```
IMAGE NOT
AVAILABLE
```

☼ BOOKMARK ...

| | |
|---|---|
| **Current Registrar:** | GODADDY.COM, INC. |
| **IP Address:** | <u>174.132.146.121</u> (ARIN & RIPE IP search) |
| **Lock Status:** | clientDeleteProhibited |

```
The data contained in GoDaddy.com, Inc.'s WhoIs database,
while believed by the company to be reliable, is provided "as is"
with no guarantee or warranties regarding its accuracy.  This
information is provided for the sole purpose of assisting you
in obtaining information about domain name registration records.
Any use of this data for any other purpose is expressly forbidden wit
permission of GoDaddy.com, Inc.  By submitting an inquiry,
you agree to these terms of usage and limitations of warranty.  In pa
you agree not to use this data to allow, enable, or otherwise make pc
dissemination or collection of this data, in part or in its entirety,
purpose, such as the transmission of unsolicited advertising and
and solicitations of any kind, including spam.  You further agree
not to use this data to enable high volume, automated or robotic elec
processes designed to collect or compile this data for any purpose,
including mining this data for your own personal or commercial purpos

Please note: the registrant of the domain name is specified
in the "registrant" field.  In most cases, GoDaddy.com, Inc.
is not the registrant of domain names listed in this database.


Registrant:
    JAC Instrument
    5211 E. WASHINGTON BL, STE 2-174
    Los Angeles, California 90040-3963
    United States

    Registered through: GoDaddy.com, Inc. (http://www.godaddy.com)
```

Exhibit 6 - Page 12

```
Domain Name: JACINSTRUMENT.COM
   Created on: 30-Aug-10
   Expires on: 30-Aug-11
   Last Updated on: 19-Sep-10

Administrative Contact:
   Peoples, Ron  ronp@jacinstrument.com
   JAC Instrument
   5211 E. WASHINGTON BL, STE 2-174
   Los Angeles, California 90040-3963
   United States
   +1.3235235022      Fax -- +1.3238328464

Technical Contact:
   Peoples, Ron  ronp@jacinstrument.com
   JAC Instrument
   5211 E. WASHINGTON BL, STE 2-174
   Los Angeles, California 90040-3963
   United States
   +1.3235235022      Fax -- +1.3238328464

Domain servers in listed order:
   NS1559.HOSTGATOR.COM
   NS1560.HOSTGATOR.COM
```

The previous information has been obtained either directly from the registrant or a registrar of the domain name other than Network Solutions. Network Solutions, therefore, does not guarantee its accuracy or completeness.

Show underlying registry data for this record

## Keep your contact information *hidden* with Private Registration



Protect your privacy



Make an instant, anonymous offer to the current domain registrant. Learn More



Search Again

Exhibit 6 - Page 13

Search again here...

## Search by either

 Domain Name e.g. networksolutions.com

IP Address e.g. 205.178.187.13

Search



## WHOIS Searches

- Popular
- Recent

| Domain Name - Total Searches | | RSS | sbcglobal.net - 34451 |
|---|---|---|---|

amazon.com - 10398

Exhibit 6 - Page 14

craigslist.com - 8276

kingsridge.com - 5985

cisco.com - 5331

tcs.com - 4473

ibm.com - 4284

mchsi.com - 3924

disney.com - 3162

nytimes.com - 3054

« PrevNext »

Exhibit 6 - Page 15