Network Solutions >> Whois >> Results
Log In

**WebAddress™**

- Search
- Renew
- Transfer
- Features
- Private Registration
- Forward
- WHOIS

## WHOIS Results for jachealthcare.com

Available domain names similar to jachealthcare.com

Available Extensions

☐ **jachealthcare**.net
☐ **jachealthcare**.tel
☐ **jachealthcare**.org
☐ **jachealthcare**.us

Available Domains

☐ sandiego**jachealthcare**.com
☐ jac-healthcare.com
☐ jacmedicalcare.com
☐ jac-medicalcare.com

Premium Resale Domains

☐ healthcareanalysts.com     **$1,488**
☐ countryhealthcare.com      **$649**
☐ healthcarecafe.com         **$1,688**
☐ covenanthealthcare.org     **$720**
☐ **jachealthcare**.eu
☐ **jachealthcare**.info
☐ **jachealthcare**.mobi
☐ **jachealthcare**.biz
☐ **jachealthcare**.tv
☐ **jachealthcare**.bz
☐ jacheelthcare.com
☐ **jachealthcarejobs**.com
☐ jachealthcoverage.com
☐ jac-healthcoverage.com

Exhibit 7 - Page 16

- jacmedicalcarejobs.com
- jacmedicalcoverage.com
- healthcareconsumers.com **$2,788**
- employmenthealthcare.net **$749**
- healthcarecorporations.com **$1,188**

View more

Add Selected to Cart

jachealthcare.com

Is this your domain name? Renew it now.



Current Registrar:     NETWORK SOLUTIONS, LLC.
IP Address:     205.178.152.29 (ARIN & RIPE IP search)
Record Type:     Domain Name
Server Type:     IIS 6
Lock Status:     clientTransferProhibited
WebSite Status:     Active

Visit AboutUs.org for more information about JACHEALTHCARE.COM
AboutUs: JACHEALTHCARE.COM

**Registrant:**             Make this info private
JAC Instrument Company
7037 Hayvenhurst Ave
Van Nuys, CA 91406
US

**Domain Name: JACHEALTHCARE.COM**

**Promote your business to millions of viewers for only $1 a month!**
Learn how you can get an Enhanced Business Listing here for your domain name. Learn More

**Administrative Contact :**
JAC Instrument Company
jac@CONCENTRIC.NET

Exhibit 7 - Page 17

7037 Hayvenhurst Ave
Van Nuys, CA 91406
US
Phone: 818-988-9579
Fax: 818-904-0871

**Technical Contact :**
Concentric Network Corporation,
administrator@@vwbrown.com
1400 Parkmoor Ave
San Jose, CA 95126
US
Phone: 408-817-2800
Fax: - - - 408-817-2810

**Record expires on** 13-Dec-2011
**Record created on** 13-Dec-1999
**Database last updated on** 11-Dec-2008

**Domain servers in listed order:**                    Manage DNS

NS97.WORLDNIC.COM                                        205.178.190.49
NS98.WORLDNIC.COM                                        206.188.198.49

Show underlying registry data for this record

Keep your contact
information *hidden* with
Private Registration



Protect your privacy



Make an instant, anonymous offer to the current domain registrant. Learn More

Search Again

Exhibit 7 - Page 18

Search again here...

**Search by either**

- Domain Name e.g. networksolutions.com
- IP Address e.g. 205.178.187.13





**WHOIS Searches**

- Popular
- Recent

Domain Name - Total Searches     RSS     sbcglobal.net - 34451

amazon.com - 10398

Exhibit 7 - Page 19

craigslist.com - 8276

kingsridge.com - 5985

cisco.com - 5331

tcs.com - 4473

ibm.com - 4284

mchsi.com - 3924

disney.com - 3162

nytimes.com - 3054

« PrevNext »

Exhibit 7 - Page 20

Exhibit 4

**Michael Mai**

From:          Michael Mai <mmai@bpmbinc.com>
Sent:          Tuesday, August 31, 2010 2:13 PM
To:          Mark Tierman (tiernan@aegisgrp.com); Demetrios Geokezas
Subject:          FW: Invoice from BPMB INC for Aegis Technologies Inc
Attachments:          Inv_201008311_from_BPMB_Inc.pdf

Mark,

This is what you will the use the MS Finance to purchase.

Sincerely,

Michael Mai
(714) 969-0543

1

**Michael Mai**

| | |
|---|---|
| **From:** | Michael Mai <mmai@dearbornellc.com> |
| **Sent:** | Thursday, September 02, 2010 2:34 PM |
| **To:** | 'Mark Tiernan' |
| **Subject:** | RE: Loan Payment |

I don't see a deposit from you!!  Why it is not there!

Regards,

Michael Mai
Email: mmai@dearbornellc.com
Phone: 714-878-5015
Fax: 714-625-8503
*Certified Service Disabled Veteran Owned Business (SDVOSB)*

**From:** Mark Tiernan [mailto:tiernan@aegisgrp.com]
**Sent:** Thursday, September 02, 2010 12:32 PM
**To:** Michael Mai
**Subject:** Loan Payment

Michael,

The loan payment has been made.

Cheers,

Mark

Mark S. Tiernan
CEO
Aegis Group
110 Cherry Street
Seattle, Washington  98104

a product and technology development company

(o) 206.447.4175
(d) 206.268.5911
(c) 206.660.4952
(e) tiernan@aegisgrp.com
www.AegisGrp.com

**From:** Michael Mai [mailto:mmai@dearbornellc.com]
**Sent:** Thursday, September 02, 2010 9:00 AM
**To:** Demetrios Geokezas; Mark Tiernan
**Subject:** I don't see a deposit from you guy for the loan

Mark,

You told me that you will deposit on Sept 1st a payment for the loan.  I don't see as of today, Sept 2nd.  In addition, where are we with Microsoft loan?  Do you want it or not?  I need to know today so I can ask Microsoft generate a loan doc for you.

1

Regards,

Michael Mai
714-878-5015
714-625-8503 (fax)
Email: mmai@bpmbinc.com
*Certified Service Disabled Veteran Owned Business (SDVOSB)*

## Michael Mai

| | |
|---|---|
| **From:** | Michael Mai <mmai@bpmbinc.com> |
| **Sent:** | Tuesday, August 31, 2010 4:23 PM |
| **To:** | Mark Tierman (tiernan@aegisgrp.com); Demetrios Geokezas |
| **Subject:** | FW: Aegis Approval |

Mark,

In reviewing the Aegis approval, I see that credit approved this deal with a 24-month term.  I didn't see in the file that Bev mentioned the approved term of 24 months to you so I want to make sure you are aware of the terms that we will be drafting the contract under.  Let me know if you have any questions regarding this.  Thanks!

### Monthly Payments

| Loan Term | Amount | Monthly | Payment* | APR % |
|---|---|---|---|---|
| 24 months | $573,300.00 | 24 @ | $25,803.48 | 7.52% |

Microsoft is a trademark of the Microsoft group of companies and the Microsoft Financing brand is used by PNCEF, LLC under license.

1

**Michael Mai**

| | |
|---|---|
| **From:** | Michael Mai <mmai@bpmbinc.com> |
| **Sent:** | Tuesday, July 27, 2010 7:11 PM |
| **To:** | Quin Rudin (quin@dearbornellc.com) |
| **Subject:** | FW: Aegis Technologies Group Inc |

Regards,

Michael Mai
714-878-5015
714-625-8503 (fax)
Email: mmai@bpmbinc.com
*Certified Service Disabled Veteran Owned Business (SDVOSB)*

**From:** Mark Tiernan [mailto:tiernan@aegisgrp.com]
**Sent:** Tuesday, July 27, 2010 2:57 PM
**To:** Michael Mai
**Subject:** RE: Aegis Technologies Group Inc

Michael,

There is no tax lien.

Regards,

Mark

Mark S. Tiernan
CEO
Aegis Group
110 Cherry Street
Seattle, Washington 98104

a product and technology development company

(o) 206.447.4175
(d) 206.268.5911
(c) 206.660.4952
(e) tiernan@aegisgrp.com
www.AegisGrp.com

**From:** Michael Mai [mailto:mmai@bpmbinc.com]
**Sent:** Tuesday, July 27, 2010 2:21 PM
**To:** Mark Tiernan
**Cc:** Quin Rudin
**Subject:** FW: Aegis Technologies Group Inc
**Importance:** High

Mark,

Do you know that your company has the following tax lien?,Please forward evidence of release of the following Federal tax lien.

1

1: WA Judgments and Liens Filings
Debtor Information
Original Name: AEGIS TECHNOLOGIES GROUP INC
Address: 110 CHERRY ST, SEATTLE, WA 98104-2288
Debtor
Tax Id: 911676788

Creditor Information
Name: INTERNAL REVENUE SERVICE
Filing Information
Jurisdiction: WA
Amount: $149,856
Original Filing Date: 1/26/2009
Filing 1
Number: 20090126001065
Type: FEDERAL TAX LIEN
Agency: KING COUNTY AUDITOR
Agency State: WA
Agency County: KING

**Michael Mai**

| | |
|---|---|
| **From:** | Demetrios Geokezas <Demetrios@aegisgrp.com> |
| **Sent:** | Wednesday, August 25, 2010 1:43 PM |
| **To:** | Michael Mai |
| **Cc:** | Mark Tieman |
| **Subject:** | RE: Payment for the loan |

Michael,

Following up on my voicemail.

Please send the Microsoft loan program information and the POC who you are dealing with to me so I can pursue this loan opportunity.

Thank you.

Sincerely,

Demetrios Geokezas
Chief Operating Officer
Aegis Group
Service Disabled Veteran Owned Small Business
tel 206.447.4175
fax 206.624.9448
Demetrios@AegisGrp.com
www.AegisGrp.com

a product and technology development company

1

Exhibit 5

**iJAC**
**INSTRUMENT, INC.**

September 30, 2010

Michael Mai
BPMB, Inc
19621 DEARBORNE CIR
HUNTINGTON BEACH, CA 92648

Via email: mmai@bpmbinc.com

**Re: Microsoft Financing - Installment Payment Agreement No: 138193000**

Mr. Mai,

I wanted to thank you for helping JAC Instrument Company to obtain Microsoft Financing. As you may know, we have gone through a corporate change and the old company has been merged with our new company, JAC Instrument, Inc. The old management is no longer part of the new company as we have elected new officers with Nicolas Vazquez as the CEO and me as the CFO. Any correspondence in reference to the Microsoft Financing will be address to me from this point forward.

In addition, we have determined that your services are no longer required because we have found a vendor that we feel best align with our business philosophy. We will be terminating our Master Services Agreement with BPMB, Inc and requesting that all funds obtained from the loan be released to JAC Instrument Inc immediately. We will pay you for your services that you have provided to us to date.  Please make arrangements to complete an ACH wire transfer of the Microsoft Financing funds to the following bank account immediately:

|  |  |
|---|---|
| **Financial Institution** | **Chase JP Morgan NA** |
| **ABA Routing Number:** | **322271627** |
| **Account Number:** | **926492604** |
| **Account Name:** | **JAC Instrument Inc** |

I hope that you understand our business decision on this matter. If you have any questions, please contact me immediately.

Regards,

Ron Peoples, Chief Financial Officer
**JAC INSTRUMENT INC**

Exhibit 6

1 | LEO D. PLOTKIN (SBN 101893)
JOHN P. MERTENS (SBN 252762)
2 | LEVY, SMALL & LALLAS
3 | A Partnership Including Professional Corporations
815 Moraga Drive
4 | Los Angeles, California 90049
Telephone: (310) 471-3000
5 | Facsimile: (310) 471-7990
Email: lplotkin@lsl-la.com
6 | jmertens@lsl-la.com
7 | Attorneys for Plaintiff
PNCEF, LLC, dba PNC Equipment Finance

8

FILED

2010 OCT 20 PM 3: 07
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA

9 | UNITED STATES DISTRICT COURT

10 | CENTRAL DISTRICT OF CALIFORNIA

11 | SOUTHERN DIVISION

12 | PNCEF, LLC, dba PNC EQUIPMENT     )   Case No.   **SACV10-1606 DOC(PJWx)**
FINANCE, an Indiana limited liability
13 | company,

14 |      )   DECLARATION OF LEO D.
PLOTKIN IN SUPPORT OF
15 |      Plaintiff,    )   PLAINTIFF'S EX PARTE
APPLICATION FOR TEMPORARY
16 |    vs.      )   RESTRAINING ORDER AND
ORDER TO SHOW CAUSE WHY
17 | BPMB, INC., a California corporation,   )   PRELIMINARY INJUNCTION
and MICHAEL MAI, an individual,    SHOULD NOT ISSUE

18 |      Defendants.    )

19 |      )   Date:
Time:
20 |      )   Place:

21

22

23 |    I, Leo D. Plotkin , declare as follows:

24 |    1.    I am an attorney at law duly admitted to practice before this Court and

25 | all courts in the State of California and, through my professional corporation, am a

26 | member of Levy, Small & Lallas, A Partnership Including Professional

27 | Corporations, attorneys for plaintiff PNCEF, LLC, dba PNC Equipment Finance in

28 | this action. I have personal, first-hand knowledge of the entire contents of this

1

1   Declaration and, if called upon to do so, could and would competently testify
2   thereto.

3       2.     There appear to be two similarly-named businesses with some
4   involvement in the transaction at issue in this case: JAC. Instrument Company, the
5   company to which plaintiff agreed to extend financing, and JAC Instrument, Inc., a
6   newly-formed California corporation.

7       3.     On October 8, 2010, I obtained a printout from the California Secretary
8   of State's website for the California corporation known as JAC Instrument, Inc. A
9   true copy of such printout is attached as Exhibit 1 to this declaration. As
10   demonstrated on Exhibit 1, JAC Instrument, Inc. was incorporated on September
11   22, 2010.

12       4.     I have ascertained that JAC. Instrument Company and JAC Instrument,
13   Inc. maintain separate websites with separate addresses and contact information.
14   Attached as Exhibit 2 to this declaration is a true copy of a printout of JAC
15   Instrument, Inc.'s home page located at www.jacinstrument.com. Attached as
16   Exhibit 3 to this declaration is a true copy of the page that appears when the
17   "Contact Us" tab on the home page is pressed. As shown in Exhibit 3, JAC
18   Instrument, Inc. lists its address as 5211 Washington Blvd., Los Angeles, CA
19   90040. As set forth in the concurrently-filed declaration of Dolly Garrett, Michael
20   Zeman, who purported to be JAC. Instrument Company's chief operating officer,
21   identified that address as the billing address for JAC. Instrument Company.
22   However, as shown on Exhibit 3, the address is being used by JAC Instrument, Inc.

23       5.     Attached as Exhibit 4 to this declaration is a true copy of a printout of
24   JAC. Instrument Company's home page located at www.jachealthcare.com.
25   Attached as Exhibit 5 to this declaration is a true copy of the page that appears
26   when the "Contact Us" tab on the home page is pressed. As shown in Exhibit 5,
27   JAC. Instrument Company lists its address as 4550 South Maywood Ave., Vernon,
28   CA 90058.

6. On October 12, 2010, I obtained a printout from Network Solutions' website of the results of a "whois" search for the domain name "jacinstrument.com". According to Network Solutions, the domain was first registered on August 30, 2010. A true copy of the printout from the Network Solutions website with the domain registration information for jacinstrument.com is attached to this declaration as Exhibit 6.

7. On October 12, 2010, I also obtained a printout from Network Solutions' website of the results of a "whois" search for the domain name "jachealthcare.com". According to Network Solutions, the domain is registered to JAC Instrument Company, and was first registered on December 13, 1999. A true copy of the printout from the Network Solutions website with the domain registration information for jachealthcare.com is attached to this declaration as Exhibit 7.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 20 day of October, 2010, at Los Angeles, California.

_____
Leo D. Plotkin

3

*privacy* *All people* *Speak* *without discrimination.*

# California Secretary of State Debra Bowen

Secretary of State    Administration    Elections    **Business Programs**    Political Reform    Archives    Registries

## Business Entity Detail

Data is updated weekly and is current as of Friday, October 01, 2010. It is not a complete or certified record of the entity.

**Business Entities (BE)**

Online Services
- **Business Search**
- **Disclosure Search**
- **E-File Statements**
- **Processing Times**

**Main Page**

**Service Options**

**Name Availability**

**Forms, Samples & Fees**

**Annual/Biennial Statements**

**Filing Tips**

**Information Requests**
(certificates, copies &
status reports)

**Service of Process**

**FAQs**

**Contact Information**

Resources
- **Business Resources**
- **Tax Information**
- **Starting A Business**
- **International Business Relations Program**

**Customer Alert**
(misleading business solicitations)

| | |
|---|---|
| Entity Name: | JAC INSTRUMENT, INC. |
| Entity Number: | C3318756 |
| Date Filed: | 09/22/2010 |
| Status: | ACTIVE |
| Jurisdiction: | CALIFORNIA |
| Entity Address: | 3789 3RD AVE |
| Entity City, State, Zip: | SAN DIEGO CA 92103 |
| Agent for Service of Process: | NICOLAS VAZQUEZ |
| Agent Address: | 5211 WASHINGTON BLVD STE 2-174 |
| Agent City, State, Zip: | COMMERCE CA 90040-3963 |

\* Indicates the information is not contained in the California Secretary of State's database.

- If the status of the corporation is "Surrender," the agent for service of process is automatically revoked. Please refer to California Corporations Code **section 2114** for information relating to service upon corporations that have surrendered.
- For information on checking or reserving a name, refer to **Name Availability**.
- For information on ordering certificates, copies of documents and/or status reports or to request a more extensive search, refer to **Information Requests**.
- For help with searching an entity name, refer to **Search Tips**.
- For descriptions of the various fields and status types, refer to **Field Descriptions and Status Definitions**.

**Modify Search    New Search    Printer Friendly    Back to Search Results**

**Privacy Statement | Free Document Readers**

Copyright © 2010   California Secretary of State

Exhibit 1 - Page 4

Privacy Policy    Terms and Conditions    Shipping & Return Policy    FAQ

Login    Register    Tools         Cart   ( 0 items )

Home    About Us    JAC Store    Contact Us          search...

Friday, 08 Oct 2010



**WHEELCHAIR PRODUCTS**

Detachable swing away footrests



**APP BUBBLE PAD**

PVC Material, 78"X34" (Inflated)




**BATH BENCHES**

Deluxe Bath Bench With Back



yes.
**we love our sale.**
Get 10% OFF

THIS OFFER IS VALID FOR ALL OUR STORE ITEMS.

Great Products
and Quality Supports
"The Problem Solver"

Please contact us



We accept all major
credit cards

Please visit
our store



**Product Categories**

APP Pads

Crutches

Commodes

Patient Aids

Walkers

Rollators

Bath Benches

Bariatric Products

Canes

Wheelchairs

Bath Accessories

Hospital Beds

**JAC Hot Products**



Adjustable APP Pump And Pad



Alternating Pressure Pad



Semi-Electric Hospital Bed



Grab Bars

Exhibit 2 - Page 5

**JAC Latest Products**

**JAC Featured Products**



Adjustable APP Pump And Pad



Deluxe Bath Bench With Back



Wheelchair Detachable Arms



Wheelchair with Fixed Arm




Alternating Pressure Pad

**JAC Products**



| ◄ | Crutches | Commodes | Power Chairs | Walkers | Recliner | ► |



Aluminum forearm

  Aluminum forearm crutch

Safer.Simpler.Easier
Shopping Cart
and secure
Payment Gateway


Authorize.Net
Click



| XML  SWF | ❚❚ | |

**Who's Online**

We have 1 guest online

Copyright © 2010 JAC Instrument, Inc. | All rights reserved      Red Blue Green

Exhibit 2 - Page 6

Privacy Policy    Terms and Conditions    Shipping & Return Policy    FAQ

Login    Register    Tools    Cart ( 0 items )

Home    About Us    JAC Store    Contact Us

search...

Friday, 08 Oct 2010

**Product Categories**

APP Pads

Crutches

Commodes

Patient Aids

Walkers

Rollators

Bath Benches

Bariatric Products

Canes

Wheelchairs

Bath Accessories

Hospital Beds

**JAC Latest Products**



# JAc Instrument, Inc.

| | |
|---|---|
| Address: | 5211 WASHINGTON BL, SUITE 2-174 |
| | LOS ANGELES |
| | CALIFORNIA |
| | 90040-3963 |
| | USA |
| Telephone: | (323) 523-5022 |
| Information: | JAC Instrument Company is a supplier and distributor of durable medical equipment (DME) across the U.S., Canada and Mexico. |



Adjustable APP Pump And Pad

Download information as a vCard

Enter your Name:

E-mail address*:

Message Subject:

Alternating Pressure Pad

Enter your Message*:

Exhibit 3 - Page 7

Case 8:10-cv-01606-DOC-PJW   Document 12-2   Filed 10/20/10   Page 8 of 20   Page ID #:65
Case 8:10-cv-01606-DOC-PJW   Document 12-2   Filed 10/20/10   Page 24 of 29   Page ID
#:197





☐  E-mail a copy of this message to your own address.

SEND

Copyright © 2010 JAC Instrument, Inc. | All rights reserved          Red Blue Green

Exhibit 3 - Page 8



**JAC** Health Care Products

800-423-3013

Home    Special    About Us    Contact Us

**Catagories**

- ALEXANDER HOME CARE
- DME
- DIAGNOSTIC
- PILLOWS
- ORTHOPEDIC
- HOSIERY
- RETAIL DISPLAY

Walkers..

Bp Monitor..

Rollators..

© Copyright 2002 JAC Health Care Products. All rights reserved

Powered By : 6ided

Exhibit 4 - Page 9