

© Copyright 2002 JAC Health Care Products. All rights reserved

Exhibit 5 - Page 10

Network Solutions  >>  Whois  >>  Results

Log In

## WebAddress™

- Search
- Renew
- Transfer
- Features
- Private Registration
- Forward
- WHOIS

**WHOIS Results for jacinstrument.com**

Available domain names similar to jacinstrument.com

Available Extensions

- **jacinstrument**.net
- **jacinstrument**.tel
- **jacinstrument**.org
- **jacinstrument**.us

Available Domains

- jac-instrument.com
- kin**jacinstrument**.com
- **jacinstrument**kin.com
- **jacinstrument**quot.com

Premium Resale Domains

| | |
|---|---|
| instrumentbook.com | $1,795 |
| instrumentroom.com | $788 |
| vietnameseinstruments.com | $599 |
| instrumentboxes.com | $395 |
| **jacinstrument**.eu | |
| **jacinstrument**.info | |
| **jacinstrument**.mobi | |
| **jacinstrument**.biz | |
| **jacinstrument**.tv | |
| **jacinstrument**.bz | |
| bil**jacinstrument**.com | |
| texas**jacinstrument**.com | |
| straight**jacinstrument**.com | |
| national**jacinstrument**.com | |

Exhibit 6 - Page 11

jacinstrumentantique.com

jacinstrumentlab.com

instrumentdesigner.com    $1,188

instrumentset.com    $449

instrumentcompany.com    $1,795

View more



jacinstrument.com

Is this your domain name? Renew it now.

```
IMAGE NOT
AVAILABLE
```

BOOKMARK

**Current Registrar:**    GODADDY.COM, INC.

**IP Address:**    174.132.146.121 (ARIN & RIPE IP search)

**Lock Status:**    clientDeleteProhibited

The data contained in GoDaddy.com, Inc.'s WhoIs database,
while believed by the company to be reliable, is provided "as is"
with no guarantee or warranties regarding its accuracy. This
information is provided for the sole purpose of assisting you
in obtaining information about domain name registration records.
Any use of this data for any other purpose is expressly forbidden wit
permission of GoDaddy.com, Inc. By submitting an inquiry,
you agree to these terms of usage and limitations of warranty. In pa
you agree not to use this data to allow, enable, or otherwise make pc
dissemination or collection of this data, in part or in its entirety,
purpose, such as the transmission of unsolicited advertising and
and solicitations of any kind, including spam. You further agree
not to use this data to enable high volume, automated or robotic elec
processes designed to collect or compile this data for any purpose,
including mining this data for your own personal or commercial purpos

Please note: the registrant of the domain name is specified
in the "registrant" field. In most cases, GoDaddy.com, Inc.
is not the registrant of domain names listed in this database.

Registrant:
   JAC Instrument
   5211 E. WASHINGTON BL, STE 2-174
   Los Angeles, California 90040-3963
   United States

   Registered through: GoDaddy.com, Inc. (http://www.godaddy.com)

Exhibit 6 - Page 12

```
Domain Name: JACINSTRUMENT.COM
   Created on: 30-Aug-10
   Expires on: 30-Aug-11
   Last Updated on: 19-Sep-10

Administrative Contact:
   Peoples, Ron   ronp@jacinstrument.com
   JAC Instrument
   5211 E. WASHINGTON BL, STE 2-174
   Los Angeles, California 90040-3963
   United States
   +1.3235235022       Fax -- +1.3238328464

Technical Contact:
   Peoples, Ron   ronp@jacinstrument.com
   JAC Instrument
   5211 E. WASHINGTON BL, STE 2-174
   Los Angeles, California 90040-3963
   United States
   +1.3235235022       Fax -- +1.3238328464

Domain servers in listed order:
   NS1559.HOSTGATOR.COM
   NS1560.HOSTGATOR.COM
```

The previous information has been obtained either directly from the registrant or a registrar of the domain name other than Network Solutions. Network Solutions, therefore, does not guarantee its accuracy or completeness.

Show underlying registry data for this record

Keep your contact
information *hidden* with
Private Registration



Protect your privacy

Learn More

Make an instant, anonymous offer to the current domain registrant. Learn More

Make Offer

Search Again

Exhibit 6 - Page 13

Search again here...

## Search by either

-  Domain Name e.g. networksolutions.com
- IP Address e.g. 205.178.187.13



## WHOIS Searches

- Popular
- Recent

Domain Name - Total Searches          RSS     sbcglobal.net - 34451

amazon.com - 10398

Exhibit 6 - Page 14

craigslist.com – 8276

kingsridge.com – 5985

cisco.com – 5331

tcs.com – 4473

ibm.com – 4284

mchsi.com – 3924

disney.com – 3162

nytimes.com – 3054

« PrevNext »

Exhibit 6 – Page 15

Network Solutions >> Whois >> Results
Log In

## WebAddress™

- Search
- Renew
- Transfer
- Features
- Private Registration
- Forward
- WHOIS

**WHOIS Results for jachealthcare.com**

Available domain names similar to jachealthcare.com

### Available Extensions

- **jachealthcare**.net
- **jachealthcare**.tel
- **jachealthcare**.org
- **jachealthcare**.us

### Available Domains

- sandiego**jachealthcare**.com
- jac-healthcare.com
- jacmedicalcare.com
- jac-medicalcare.com

### Premium Resale Domains

| Domain | Price |
|---|---|
| healthcareanalysts.com | $1,488 |
| countryhealthcare.com | $649 |
| healthcarecafe.com | $1,688 |
| covenanthealthcare.org | $720 |
| **jachealthcare**.eu | |
| **jachealthcare**.info | |
| **jachealthcare**.mobi | |
| **jachealthcare**.biz | |
| **jachealthcare**.tv | |
| **jachealthcare**.bz | |
| jacheelthcare.com | |
| **jachealthcare**jobs.com | |
| jachealthcoverage.com | |
| jac-healthcoverage.com | |

Exhibit 7 - Page 16

- jacmedicalcarejobs.com
- jacmedicalcoverage.com
- healthcareconsumers.com      **$2,788**
- employmenthealthcare.net      **$749**
- healthcarecorporations.com      **$1,188**

<u>View more</u>

Add Selected to Cart

jachealthcare.com

Is this your domain name? <u>Renew it now</u>.



BOOKMARK

| | |
|---|---|
| **Current Registrar:** | NETWORK SOLUTIONS, LLC. |
| **IP Address:** | <u>205.178.152.29</u> (ARIN & RIPE IP search) |
| **Record Type:** | Domain Name |
| **Server Type:** | IIS 6 |
| **Lock Status:** | clientTransferProhibited |
| **WebSite Status:** | Active |

Visit AboutUs.org for more information about JACHEALTHCARE.COM
<u>AboutUs: JACHEALTHCARE.COM</u>

**Registrant:**                                                    <u>Make this info private</u>
JAC Instrument Company
7037 Hayvenhurst Ave
Van Nuys, CA 91406
US

**Domain Name:** JACHEALTHCARE.COM

**Promote your business to millions of viewers for only $1 a month!**
Learn how you can get an Enhanced Business Listing here for your domain name. <u>Learn More</u>

**Administrative Contact :**
JAC Instrument Company
jac@CONCENTRIC.NET

Exhibit 7 - Page 17

Case 8:10-cv-01606-DOC -PJW   Document 12-3   Filed 11/23/10   Page 9 of 24   Page ID   -
Case 8:10-cv-01606-D-C-PJW   Document 67   Filed 10/20/10   Page 18 of 20   Page ID #:75
#:207

7037 Hayvenhurst Ave
Van Nuys, CA 91406
US
Phone: 818-988-9579
Fax: 818-904-0871

**Technical Contact :**
Concentric Network Corporation,
administrator@@vwbrown.com
1400 Parkmoor Ave
San Jose, CA 95126
US
Phone: 408-817-2800
Fax: - - - 408-817-2810

**Record expires on** 13-Dec-2011
**Record created on** 13-Dec-1999
**Database last updated on** 11-Dec-2008

**Domain servers in listed order:**          Manage DNS

NS97.WORLDNIC.COM
NS98.WORLDNIC.COM                205.178.190.49
                                 206.188.198.49

Show underlying registry data for this record



Keep your contact
information *hidden* with
Private Registration

Protect your privacy



Make an instant, anonymous offer to the current domain registrant. Learn More



Search Again

Exhibit 7 - Page 18

Search again here...

### Search by either



- <u>Domain Name</u> e.g. networksolutions.com
- <u>IP Address</u> e.g. 205.178.187.13

Search



### WHOIS Searches

- <u>Popular</u>
- <u>Recent</u>

Domain Name - Total Searches          RSS    <u>sbcglobal.net</u> - 34451

<u>amazon.com</u> - 10398

Exhibit 7 - Page 19

craigslist.com - 8276

kingsridge.com - 5985

cisco.com - 5331

tcs.com - 4473

ibm.com - 4284

mchsi.com - 3924

disney.com - 3162

nytimes.com - 3054

« PrevNext »

Exhibit 7 - Page 20

Exhibit 7

1　LEO D. PLOTKIN (SBN 101893)
　　JOHN P. MERTENS (SBN 252762)
2　LEVY, SMALL & LALLAS
　　A Partnership Including Professional Corporations
3　815 Moraga Drive
　　Los Angeles, California 90049
4　Telephone: (310) 471-3000
　　Facsimile: (310) 471-7990
5　Email: lplotkin@lsl-la.com
6　　　　　jmertens@lsl-la.com
7　Attorneys for Plaintiff
　　PNCEF, LLC, dba PNC Equipment Finance

8

FILED
2010 OCT 20  PM 3: 07
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA

9　　　　　UNITED STATES DISTRICT COURT

10　　　　CENTRAL DISTRICT OF CALIFORNIA

11　　　　　　　SOUTHERN DIVISION

| | |
|---|---|
| 12  PNCEF, LLC, dba PNC EQUIPMENT FINANCE, an Indiana limited liability company,<br>13<br>14　　　　　　Plaintiff,<br>15　vs.<br>16  BPMB, INC., a California corporation, and MICHAEL MAI, an individual,<br>17<br>18　　　　　　Defendants.<br>19<br>20<br>21 | )<br>)  Case No. **SACV10-1606 DOC(PJWx)**<br>)<br>)<br>)  DECLARATION OF KIMBERLY<br>)  COLONNA IN SUPPORT OF<br>)  PLAINTIFF'S EX PARTE<br>)  APPLICATION FOR TEMPORARY<br>)  RESTRAINING ORDER AND<br>)  ORDER TO SHOW CAUSE WHY<br>)  PRELIMINARY INJUNCTION<br>)  SHOULD NOT ISSUE<br>)<br>)  Date:<br>)  Time:<br>)  Place:<br>)<br>) |

22

23　　　I, KIMBERLY COLONNA, declare as follows:

24　　　1.　　I am employed as a documentation specialist for PNCEF, LLC, dba

25　PNC Equipment Finance ("PNCEF"), plaintiff in this action. I have personal, first-

26　hand knowledge of the entire contents of this declaration and, if called upon to do

27　so, could and would competently testify thereto.

28

1

Declaration of Kimberly Colonna

2.      During September 2010, I was involved in processing a proposed transaction pursuant to which plaintiff would finance the purchase of equipment and software by Aegis Technologies Group, Inc. ("Aegis") from defendant BPMB Inc. ("BPMB"). On September 15, 2010, I received an email from BPMB's President, Michael Mai ("Mai"), requesting that plaintiff change Aegis's billing address and giving specified contact information for Mark Tiernan ("Tiernan"), Aegis's chief executive officer. I attach a true copy of the September 15, 2010 email that I received from Mai as Exhibit 1 to this Declaration.

3.      On September 17, 2010, I, along with Beverley Varin, a program manager for plaintiff, called Aegis to confirm the address change, and spoke with Tiernan. Tiernan stated that Aegis had not requested an address change, did not recognize the address to which Mai requested the change be made, and did not understand why we were calling him about a contract with plaintiff, which he knew nothing about.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 19th day of October, 2010, at CINCINNATI, OH .

KIMBERLY COLONNA

## Colonna, Kimberly M (MSLicensingUS)

| | |
|---|---|
| **From:** | Michael Mai [mmai@dearbornellc.com] |
| **Sent:** | Wednesday, September 15, 2010 1:57 PM |
| **To:** | DocumentationCustomerSupport |
| **Subject:** | FW: MS Financing and Aegis Confirmation UPDATED |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |
| **Attachments:** | MS IPA - TSF Funding.pdf; Inv_201009131_from_BPMB_Inc.pdf; BPMP MS Financing Quote Sheet-Aegis.pdf |

Hello **Kimberly Colonna**

My customer requested that you change the address on the TSF funding document to their billing address below. The correct phone number for Mark Tiernan is Contact: Mark Tiernan
Contact Phone: (206) 354-3924
Email: mtiernan@aegisgrouptech.com

Customer Billing Address:
AEGIS TECHNOLOGIES GROUP, INC.
815 FIRST AVE, #184
Seattle, WA 98104

Regards,

Michael Mai
Email: mmai@dearbornellc.com
Phone: 714-878-5015
Fax: 714-625-8503
*Certified Service Disabled Veteran Owned Business (SDVOSB)*
Hello, Please confirm the following information for your order and Microsoft Financing

Company:
Customer Billing Address:
AEGIS TECHNOLOGIES GROUP, INC.
815 FIRST AVE, #184
Seattle, WA 98104

Shipping Address:
110 CHERRY ST
SEATTLE, WA 98104

Contact: Mark Tiernan
Contact Phone: (206) 354-3924
Email: mtiernan@aegisgrouptech.com

EIN: 911676788



Exhibit 1 - Page 3

9/17/2010

Exhibit 8

**Michael Mai**

| | |
|---|---|
| **From:** | Amy Horsman (Business Guest) <b-amhors@microsoft.com> |
| **Sent:** | Tuesday, August 31, 2010 3:53 PM |
| **To:** | Michael Mai |
| **Subject:** | Aegis Approval |

Michael,

In reviewing the Aegis approval, I see that credit approved this deal with a 24-month term. I didn't see in the file that Bev mentioned the approved term of 24 months to you so I want to make sure you and your customer are aware of the terms that we will be drafting the contract under. Let me know if you have any questions regarding this. Thanks!

**Monthly Payments**

| Loan Term | Amount | Monthly | Payment* | APR % |
|---|---|---|---|---|
| **24 months** | **$573,300.00** | **24 @** | **$25,803.48** | **7.52%** |

Amy Horsman | Regional Channel Sales Manager, SMB & Dynamics | Microsoft Financing
ph 425.421.3371 | fax 425.936.7329 attn: **b-amhors**
b-amhors@microsoft.com or msfsmb@microsoft.com | www.MicrosoftFinancing.com

For assistance with a new or existing credit application, please contact Microsoft Financing sales support at (866) 596-5131 or salessupport@mslicensingus.com.

Microsoft is a trademark of the Microsoft group of companies and the Microsoft Financing brand is used by PNCEF, LLC under license.

1

Exhibit 9

**Michael Mai**

| | |
|---|---|
| **From:** | Michael Mai <mmai@bpmbinc.com> |
| **Sent:** | Tuesday, September 21, 2010 1:38 PM |
| **To:** | allen.duffin@pnc.com |
| **Subject:** | FW: Payment for the loan |

Aegis authorized me to proceed with the MS loan.

Regards,

Michael Mai
714-878-5015
714-625-8503 (fax)
Email: mmai@bpmbinc.com
*Certified Service Disabled Veteran Owned Business (SDVOSB)*

---

**From:** Demetrios Geokezas [mailto:Demetrios@aegisgrp.com]
**Sent:** Wednesday, August 25, 2010 1:43 PM
**To:** Michael Mai
**Cc:** Mark Tiernan
**Subject:** RE: Payment for the loan

Michael,

Following up on my voicemail.

Please send the Microsoft loan program information and the POC who you are dealing with to me so I can pursue this loan opportunity.

Thank you.

Sincerely,

Demetrios Geokezas
Chief Operating Officer
Aegis Group
Service Disabled Veteran Owned Small Business
tel 206.447.4175
fax 206.624.9448
Demetrios@AegisGrp.com
www.AegisGrp.com

a product and technology development company

**Michael Mai**

| | |
|---|---|
| **From:** | Michael Mai <mmai@dearbornellc.com> |
| **Sent:** | Tuesday, September 21, 2010 1:39 PM |
| **To:** | allen.duffin@pnc.com |
| **Subject:** | FW: Payment for the loan |

Mark is fully knowledgeable of the loan.

Regards,

Michael Mai
Email: mmai@dearbornellc.com
Phone: 714-878-5015
Fax: 714-625-8503
*Certified Service Disabled Veteran Owned Business (SDVOSB)*

**From:** Demetrios Geokezas [mailto:Demetrios@aegisgrp.com]
**Sent:** Friday, August 27, 2010 9:35 AM
**To:** Michael Mai; Mark Tiernan
**Subject:** RE: Payment for the loan

We have your payment schedule for the beginning of the month.

Thank you for looking into the MS loan program.

Sincerely,

Demetrios Geokezas
Chief Operating Officer
Aegis Group
Service Disabled Veteran Owned Small Business
tel 206.447.4175
fax 206.624.9448
Demetrios@AegisGrp.com
www.AegisGrp.com

a product and technology development company

**From:** Michael Mai [mailto:mmai@dearbornellc.com]
**Sent:** Thursday, August 26, 2010 8:57 PM
**To:** Mark Tiernan; Demetrios Geokezas
**Subject:** Payment for the loan

Guys,

I checked the account and I don't see any deposit from you guys.  Remember to deposit it tomorrow!

I am still talking with Microsoft to see if they have an interest to finance Aegis.  When I have better info then I will turn
over to you.  I don't want you guy to chase after this thing when we don't have a solid picture.

Regards,

Michael Mai

1

Email: mmai@dearbornellc.com
Phone: 714-878-5015
Fax: 714-625-8503
*Certified Service Disabled Veteran Owned Business (SDVOSB)*

**Michael Mai**

| | |
|---|---|
| **From:** | Michael Mai <mmai@dearbornellc.com> |
| **Sent:** | Tuesday, September 21, 2010 1:15 PM |
| **To:** | 'allen.duffin@pnc.com' |
| **Subject:** | FW: Loan Payment |

Allen,

From this series of email, you could see that Aegis or Mark Tiernan is fully aware of the Microsoft loan.  Matter of fact, they own us money and they are still paying us for their outstanding loan.

Regards,

Michael Mai
Email: mmai@dearbornellc.com
Phone: 714-878-5015
Fax: 714-625-8503
*Certified Service Disabled Veteran Owned Business (SDVOSB)*

---

**From:** Mark Tiernan [mailto:tiernan@aegisgrp.com]
**Sent:** Sunday, September 05, 2010 10:34 PM
**To:** Michael Mai
**Cc:** Demetrios Geokezas; Mariana Abresch
**Subject:** RE: Loan Payment

Michael,

I will have the receipt sent to you.

Regards,

Mark

Mark S. Tiernan
CEO
Aegis Group
110 Cherry Street
Seattle, Washington  98104

a product and technology development company

(o) 206.447.4175
(d) 206.268.5911
(c) 206.660.4952
(e) tiernan@aegisgrp.com
www.AegisGrp.com

---

**From:** Michael Mai [mailto:mmai@dearbornellc.com]
**Sent:** Friday, September 03, 2010 9:12 AM
**To:** Mark Tiernan
**Cc:** Demetrios Geokezas
**Subject:** RE: Loan Payment

Mark,

I checked this morning, I don't see the money.  In addition,  do you want the Microsoft finance or not?  I need to inform Microsoft.

Regards,

Michael Mai
Email: mmai@dearbornellc.com
Phone: 714-878-5015
Fax: 714-625-8503
Certified Service Disabled Veteran Owned Business (SDVOSB)

**From:** Mark Tiernan [mailto:tiernan@aegisgrp.com]
**Sent:** Thursday, September 02, 2010 9:43 PM
**To:** Michael Mai
**Cc:** Demetrios Geokezas
**Subject:** RE: Loan Payment

Relax. It is there. I did it myself.

Cheers,

Mark

Mark S. Tiernan
CEO
Aegis Group
110 Cherry Street
Seattle, Washington  98104

a product and technology development company

(o) 206.447.4175
(d) 206.268.5911
(c) 206.660.4952
(e) tiernan@aegisgrp.com
www.AegisGrp.com

**From:** Michael Mai [mailto:mmai@dearbornellc.com]
**Sent:** Thursday, September 02, 2010 2:34 PM
**To:** Mark Tiernan
**Subject:** RE: Loan Payment

I don't see a deposit from you!!  Why it is not there!

Regards,

Michael Mai
Email: mmai@dearbornellc.com
Phone: 714-878-5015
Fax: 714-625-8503
Certified Service Disabled Veteran Owned Business (SDVOSB)

**From:** Mark Tiernan [mailto:tiernan@aegisgrp.com]
**Sent:** Thursday, September 02, 2010 12:32 PM

2

**To:** Michael Mai
**Subject:** Loan Payment

Michael,

The loan payment has been made.

Cheers,

Mark

Mark S. Tiernan
CEO
Aegis Group
110 Cherry Street
Seattle, Washington  98104

a product and technology development company

(o) 206.447.4175
(d) 206.268.5911
(c) 206.660.4952
(e) tiernan@aegisgrp.com
www.AegisGrp.com

---

**From:** Michael Mai [mailto:mmai@dearbornellc.com]
**Sent:** Thursday, September 02, 2010 9:00 AM
**To:** Demetrios Geokezas; Mark Tiernan
**Subject:** I don't see a deposit from you guy for the loan

Mark,

You told me that you will deposit on Sept 1st a payment for the loan.  I don't see as of today, Sept 2nd.  In addition, where are we with Microsoft loan?  Do you want it or not?  I need to know today so I can ask Microsoft generate a loan doc for you.

Regards,

Michael Mai
714-878-5015
714-625-8503 (fax)
Email: mmai@bpmbinc.com
Certified Service Disabled Veteran Owned Business (SDVOSB)