Michael Mai

**From:** Michael Mai <mmai@bpmbinc.com>
**Sent:** Tuesday, September 21, 2010 1:15 PM
**To:** allen.duffin@pnc.com
**Subject:** FW: Aegis Technologies Group Inc

I asked them about the tax lien after we received the info from PNC.

Regards,

Michael Mai
714-878-5015
714-625-8503 (fax)
Email: mmai@bpmbinc.com
*Certified Service Disabled Veteran Owned Business (SDVOSB)*

**From:** Mark Tiernan [mailto:tiernan@aegisgrp.com]
**Sent:** Tuesday, July 27, 2010 2:57 PM
**To:** Michael Mai
**Subject:** RE: Aegis Technologies Group Inc

Michael,

There is no tax lien.

Regards,

Mark

Mark S. Tiernan
CEO
Aegis Group
110 Cherry Street
Seattle, Washington 98104

a product and technology development company

(o) 206.447.4175
(d) 206.268.5911
(c) 206.660.4952
(e) tiernan@aegisgrp.com
www.AegisGrp.com

**From:** Michael Mai [mailto:mmai@bpmbinc.com]
**Sent:** Tuesday, July 27, 2010 2:21 PM
**To:** Mark Tiernan
**Cc:** Quin Rudin
**Subject:** FW: Aegis Technologies Group Inc
**Importance:** High

Mark,

Do you know that your company has the following tax lien?,Please forward evidence of release of the following Federal tax lien.

1

1: WA Judgments and Liens Filings
Debtor Information
Original Name: AEGIS TECHNOLOGIES GROUP INC
Address: 110 CHERRY ST, SEATTLE, WA 98104-2288
Debtor
Tax Id: 911676788

Creditor Information
Name: INTERNAL REVENUE SERVICE
Filing Information
Jurisdiction: WA
Amount: $149,856
Original Filing Date: 1/26/2009
Filing 1
Number: 20090126001065
Type: FEDERAL TAX LIEN
Agency: KING COUNTY AUDITOR
Agency State: WA
Agency County: KING

**Michael Mai**

| | |
|---|---|
| **From:** | Michael Mai <mmai@bpmbinc.com> |
| **Sent:** | Tuesday, September 21, 2010 1:28 PM |
| **To:** | allen.duffin@pnc.com |
| **Subject:** | FW: Invoice from BPMB INC for Aegis Technologies Inc |
| **Attachments:** | Inv_201008311_from_BPMB_Inc.pdf |

Regards,

Michael Mai
714-878-5015
714-625-8503 (fax)
Email: mmai@bpmbinc.com
Certified Service Disabled Veteran Owned Business (SDVOSB)

-----Original Message-----
From: Michael Mai [mailto:mmai@bpmbinc.com]
Sent: Tuesday, August 31, 2010 2:13 PM
To: Mark Tierman (tiernan@aegisgrp.com); Demetrios Geokezas
Subject: FW: Invoice from BPMB INC for Aegis Technologies Inc

Mark,

This is what you will the use the MS Finance to purchase.

Sincerely,

Michael Mai
(714) 969-0543

**Michael Mai**

**From:** Michael Mai <mmai@bpmbinc.com>
**Sent:** Tuesday, September 21, 2010 1:29 PM
**To:** allen.duffin@pnc.com
**Subject:** FW: Aegis Approval

Allen,

I sent to Mark this email to indicate to him that his company has been approved for the loan.

Regards,

Michael Mai
714-878-5015
714-625-8503 (fax)
Email: mmai@bpmbinc.com
*Certified Service Disabled Veteran Owned Business (SDVOSB)*

---

**From:** Michael Mai [mailto:mmai@bpmbinc.com]
**Sent:** Tuesday, August 31, 2010 4:23 PM
**To:** Mark Tiernan (tiernan@aegisgrp.com); Demetrios Geokezas
**Subject:** FW: Aegis Approval

Mark,

In reviewing the Aegis approval, I see that credit approved this deal with a 24-month term. I didn't see in the file that Bev mentioned the approved term of 24 months to you so I want to make sure you are aware of the terms that we will be drafting the contract under. Let me know if you have any questions regarding this. Thanks!

**Monthly Payments**

| Loan Term | Amount | Monthly | Payment* | APR % |
|---|---|---|---|---|
| 24 months | $573,300.00 | 24 @ | $25,803.48 | 7.52% |

Microsoft is a trademark of the Microsoft group of companies and the Microsoft Financing brand is used by PNCEF, LLC under license.

1

**Michael Mai**

**From:** Michael Mai <mmai@dearbornellc.com>
**Sent:** Tuesday, September 21, 2010 1:30 PM
**To:** allen.duffin@pnc.com
**Subject:** FW: MSF payment deferral fro 3/6mons

I have email him about the loan info.

Regards,

Michael Mai
Email: mmai@dearbornellc.com
Phone: 714-878-5015
Fax: 714-625-8503
Certified Service Disabled Veteran Owned Business (SDVOSB)

**From:** Michael Mai [mailto:mmai@dearbornellc.com]
**Sent:** Thursday, July 01, 2010 10:34 AM
**To:** Mark Tiernan (tiernan@aegisgrp.com)
**Subject:** MSF payment deferral fro 3/6mons

rive more sales and reduce discounting by offering flexible financing options for our customers.

C Equipment Finance (PNCEF) offers you xible payment options to focus on your tomers' needs and overcome budget barriers. financing your customers' total IT solution h zero payments for up to six months, you i sell more, and help build relationships that w at the same time. It's simple - start by mitting a customer credit application at w.microsoftfinancing.com/applications.aspx.

on approval, submit your partner invoice to eive your customer's loan documents. As n as PNCEF receives the signed loan :uments, you get paid and can focus on ing more deals.

re's how it works:

SmartPay is the quick and easy way to complete a deal with the Microsoft Financing Program. Simply calculate the estimated monthly payments and create a proposal to present to your customer. When your customer is ready to move forward, just fill out a customer

## Flexible Payment Options

### Zero Payments for Three or Six Months



Regular payments for the remaining term of the loan.

\* See FAQs for credit guidelines.

Complete a deal in four easy steps:
1. **Calculate** - Use our calculator to estimate your customer's payments.
2. **Submit Application** - Help your customers fill out the credit application.
3. **Complete Invoice** - Submit your invoice and approved, signed documents.
4. **Get Paid** - When your customer signs and

1

application to get started.
You no longer need to be a financing expert to offer customers a financed IT solution. In fact, it's virtually seamless, when you use the wealth of SmartPay financing tools and resources.

returns final agreement documents, you get paid.

With approval of credit, Microsoft Financing will cover your customers' total IT solution: Microsoft software, partner services like consultation, installation and training – plus third-party software, services and hardware. Offer valid 04/22/2010 – 07/02/2010.

www.microsoftfinancing.com/applications.aspx

© 2010 PNC Equipment Finance. All rights reserved. Microsoft is a trademark of the Microsoft group of companies and the Microsoft Financing name and logo are used by PNC under license.

Microsoft Partner Network

© 2010 Microsoft Corporation. All rights reserved.   Terms Of Use | Trademarks | Privacy Statement

# Michael Mai

**From:** Michael Mai <mmai@bpmbinc.com>
**Sent:** Tuesday, September 21, 2010 1:34 PM
**To:** allen.duffin@pnc.com
**Subject:** FW: I don't see a deposit from you guy for the loan

More info for you to see that they are running me around and not sign up the loan.

Regards,

Michael Mai
714-878-5015
714-625-8503 (fax)
Email: mmai@bpmbinc.com
*Certified Service Disabled Veteran Owned Business (SDVOSB)*

---

**From:** Michael Mai [mailto:mmai@dearbornellc.com]
**Sent:** Thursday, September 02, 2010 9:00 AM
**To:** Demetrios Geokezas; Mark Tierman (tiernan@aegisgrp.com)
**Subject:** I don't see a deposit from you guy for the loan

Mark,

You told me that you will deposit on Sept 1st a payment for the loan. I don't see as of today, Sept 2nd. In addition, where are we with Microsoft loan? Do you want it or not? I need to know today so I can ask Microsoft generate a loan doc for you.

Regards,

Michael Mai
714-878-5015
714-625-8503 (fax)
Email: mmai@bpmbinc.com
*Certified Service Disabled Veteran Owned Business (SDVOSB)*

1

# Exhibit 10

**BPMB Inc**
19621 DEARBORNE CIR
HUNTINGTON BEACH, CA 92648

# Customer Invoice

| Date | Invoice # |
|---|---|
| 8/31/2010 | 201008311 |

| Bill To |
|---|
| AEGIS TECHNOLOGIES GROUP, INC.<br>110 CHERRY ST, STE 300<br>SEATTLE, WA 98104 |

| Ship To |
|---|
| AEGIS TECHNOLOGIES GROUP, INC.<br>110 CHERRY ST<br>SEATTLE, WA 98104 |

| P.O. Number | Terms | Rep | Ship Date | Via | F.O.B. |
|---|---|---|---|---|---|
| 201008-20 | Net 30 | | 8/31/2010 | Federal Express | DEST |

| Item Code | Description | Part Number | Quantity | Unit Price | Amount |
|---|---|---|---|---|---|
| A2926255 | Microsoft® Windows Professional Sngl Software Assurance Open Value 1 License Additional Product 3 Year Acquired year 1 | FQC-00730 | 75 | 1,852.00 | 138,900.00 |
| A3705240 | Microsoft® Office Professional 2010 | 269-14964 | 75 | 349.00 | 26,175.00 |
| XT2XFR | Latitude XT2XFR Rugged Convertible Tablet PC with Multi-Touch Technology, Genuine Windows® 7 Professional, 32-bit, no media | E6400 XFR | 75 | 4,787.00 | 359,025.00 |
| PROF-SERV1 | Professional Services - Implementation, installation and training | | 240 | 200.00 | 48,000.00 |
| DISP1 | State Environmental Fee | | 75 | 16.00 | 1,200.00 |

Reference Sales Order Quote for additional details

| | |
|---|---|
| **Subtotal** | $573,300.00 |
| **Sales Tax (0.0%)** | $0.00 |
| **Total** | $573,300.00 |

| Phone # | E-mail | Web Site |
|---|---|---|
| (714) 969-0543 | customer@bpmbinc.com | www.bpmbinc.com |

I checked this morning, I don't see the money. In addition, do you want the Microsoft finance or not? I need to inform Microsoft.

Regards,

Michael Mai
Email: mmai@dearbornellc.com
Phone: 714-878-5015
Fax: 714-625-8503
*Certified Service Disabled Veteran Owned Business (SDVOSB)*

---

**From:** Mark Tiernan [mailto:tiernan@aegisgrp.com]
**Sent:** Thursday, September 02, 2010 9:43 PM
**To:** Michael Mai
**Cc:** Demetrios Geokezas
**Subject:** RE: Loan Payment

Relax. It is there. I did it myself.

Cheers,

Mark

Mark S. Tiernan
CEO
Aegis Group
110 Cherry Street
Seattle, Washington  98104

a product and technology development company

(o) 206.447.4175
(d) 206.268.5911
(c) 206.660.4952
(e) tiernan@aegisgrp.com
www.AegisGrp.com

---

**From:** Michael Mai [mailto:mmai@dearbornellc.com]
**Sent:** Thursday, September 02, 2010 2:34 PM
**To:** Mark Tiernan
**Subject:** RE: Loan Payment

I don't see a deposit from you!! Why it is not there!

Regards,

Michael Mai
Email: mmai@dearbornellc.com
Phone: 714-878-5015
Fax: 714-625-8503
*Certified Service Disabled Veteran Owned Business (SDVOSB)*

---

**From:** Mark Tiernan [mailto:tiernan@aegisgrp.com]
**Sent:** Thursday, September 02, 2010 12:32 PM

2

**To:** Michael Mai
**Subject:** Loan Payment

Michael,

The loan payment has been made.

Cheers,

Mark

Mark S. Tiernan
CEO
Aegis Group
110 Cherry Street
Seattle, Washington  98104

a product and technology development company

(o) 206.447.4175
(d) 206.268.5911
(c) 206.660.4952
(e) tiernan@aegisgrp.com
www.AegisGrp.com

---

**From:** Michael Mai [mailto:mmai@dearbornellc.com]
**Sent:** Thursday, September 02, 2010 9:00 AM
**To:** Demetrios Geokezas; Mark Tiernan
**Subject:** I don't see a deposit from you guy for the loan

Mark,

You told me that you will deposit on Sept 1st a payment for the loan. I don't see as of today, Sept 2nd. In addition, where are we with Microsoft loan? Do you want it or not? I need to know today so I can ask Microsoft generate a loan doc for you.

Regards,

Michael Mai
714-878-5015
714-625-8503 (fax)
Email: mmai@bpmbinc.com
Certified Service Disabled Veteran Owned Business (SDVOSB)

3

**Michael Mai**

**From:** Michael Mai <mmai@bpmbinc.com>
**Sent:** Tuesday, September 21, 2010 1:15 PM
**To:** allen.duffin@pnc.com
**Subject:** FW: Aegis Technologies Group Inc

I asked them about the tax lien after we received the info from PNC.

Regards,

Michael Mai
714-878-5015
714-625-8503 (fax)
Email: mmai@bpmbinc.com
*Certified Service Disabled Veteran Owned Business (SDVOSB)*

---

**From:** Mark Tiernan [mailto:tiernan@aegisgrp.com]
**Sent:** Tuesday, July 27, 2010 2:57 PM
**To:** Michael Mai
**Subject:** RE: Aegis Technologies Group Inc

Michael,

There is no tax lien.

Regards,

Mark

Mark S. Tiernan
CEO
Aegis Group
110 Cherry Street
Seattle, Washington  98104

a product and technology development company

(o) 206.447.4175
(d) 206.268.5911
(c) 206.660.4952
(e) tiernan@aegisgrp.com
www.AegisGrp.com

---

**From:** Michael Mai [mailto:mmai@bpmbinc.com]
**Sent:** Tuesday, July 27, 2010 2:21 PM
**To:** Mark Tiernan
**Cc:** Quin Rudin
**Subject:** FW: Aegis Technologies Group Inc
**Importance:** High

Mark,

Do you know that your company has the following tax lien?,Please forward evidence of release of the following Federal tax lien.

1

1: WA Judgments and Liens Filings
Debtor Information
Original Name: AEGIS TECHNOLOGIES GROUP INC
Address: 110 CHERRY ST, SEATTLE, WA 98104-2288
Debtor
Tax Id: 911676788

Creditor Information
Name: INTERNAL REVENUE SERVICE
Filing Information
Jurisdiction: WA
Amount: $149,856
Original Filing Date: 1/26/2009
Filing 1
Number: 20090126001065
Type: FEDERAL TAX LIEN
Agency: KING COUNTY AUDITOR
Agency State: WA
Agency County: KING

**Michael Mai**

**From:** Michael Mai <mmai@bpmbinc.com>
**Sent:** Tuesday, September 21, 2010 1:28 PM
**To:** allen.duffin@pnc.com
**Subject:** FW: Invoice from BPMB INC for Aegis Technologies Inc
**Attachments:** Inv_201008311_from_BPMB_Inc.pdf

Regards,

Michael Mai
714-878-5015
714-625-8503 (fax)
Email: mmai@bpmbinc.com
Certified Service Disabled Veteran Owned Business (SDVOSB)

-----Original Message-----
From: Michael Mai [mailto:mmai@bpmbinc.com]
Sent: Tuesday, August 31, 2010 2:13 PM
To: Mark Tierman (tiernan@aegisgrp.com); Demetrios Geokezas
Subject: FW: Invoice from BPMB INC for Aegis Technologies Inc

Mark,

This is what you will the use the MS Finance to purchase.

Sincerely,

Michael Mai
(714) 969-0543

**Michael Mai**

---

**From:** Michael Mai <mmai@bpmbinc.com>
**Sent:** Tuesday, September 21, 2010 1:29 PM
**To:** allen.duffin@pnc.com
**Subject:** FW: Aegis Approval

Allen,

I sent to Mark this email to indicate to him that his company has been approved for the loan.

Regards,

Michael Mai
714-878-5015
714-625-8503 (fax)
Email: mmai@bpmbinc.com
*Certified Service Disabled Veteran Owned Business (SDVOSB)*

---

**From:** Michael Mai [mailto:mmai@bpmbinc.com]
**Sent:** Tuesday, August 31, 2010 4:23 PM
**To:** Mark Tierman (tiernan@aegisgrp.com); Demetrios Geokezas
**Subject:** FW: Aegis Approval

Mark,

In reviewing the Aegis approval, I see that credit approved this deal with a 24-month term. I didn't see in the file that Bev mentioned the approved term of 24 months to you so I want to make sure you are aware of the terms that we will be drafting the contract under. Let me know if you have any questions regarding this. Thanks!

**Monthly Payments**

| Loan Term | Amount | Monthly | Payment* | APR % |
|---|---|---|---|---|
| 24 months | $573,300.00 | 24 @ | $25,803.48 | 7.52% |

Microsoft is a trademark of the Microsoft group of companies and the Microsoft Financing brand is used by PNCEF, LLC under license.

1

**Michael Mai**

---

**From:** Michael Mai <mmai@dearbornellc.com>
**Sent:** Tuesday, September 21, 2010 1:30 PM
**To:** allen.duffin@pnc.com
**Subject:** FW: MSF payment deferral fro 3/6mons

I have email him about the loan info.

Regards,

Michael Mai
Email: mmai@dearbornellc.com
Phone: 714-878-5015
Fax: 714-625-8503
Certified Service Disabled Veteran Owned Business (SDVOSB)

---

**From:** Michael Mai [mailto:mmai@dearbornellc.com]
**Sent:** Thursday, July 01, 2010 10:34 AM
**To:** Mark Tierman (tiernan@aegisgrp.com)
**Subject:** MSF payment deferral fro 3/6mons

## rive more sales and reduce discounting by offering flexible financing options for ur customers.

C Equipment Finance (PNCEF) offers you xible payment options to focus on your tomers' needs and overcome budget barriers. financing your customers' total IT solution h zero payments for up to six months, you sell more, and help build relationships that w at the same time. It's simple - start by mitting a customer credit application at w.microsoftfinancing.com/applications.aspx.

on approval, submit your partner invoice to eive your customer's loan documents. As n as PNCEF receives the signed loan uments, you get paid and can focus on sing more deals.

### re's how it works:

SmartPay is the quick and easy way to complete a deal with the Microsoft Financing Program. Simply calculate the estimated monthly payments and create a proposal to present to your customer. When your customer is ready to move forward, just fill out a customer

### Flexible Payment Options

**Zero Payments for Three or Six Months**



3*  6*  12  24  36

Regular payments for the remaining term of the loan.

\* See FAQs for credit guidelines.

### Complete a deal in four easy steps:

1. **Calculate** - Use our calculator to estimate your customer's payments.
2. **Submit Application** - Help your customers fill out the credit application.
3. **Complete Invoice** - Submit your invoice and approved, signed documents.
4. **Get Paid** - When your customer signs and

1

application to get started.
You no longer need to be a financing expert to offer customers a financed IT solution. In fact, it's virtually seamless, when you use the wealth of SmartPay financing tools and resources.

returns final agreement documents, you get paid.

With approval of credit, Microsoft Financing will cover your customers' total IT solution: Microsoft software, partner services like consultation, installation and training -- plus third-party software, services and hardware. Offer valid 04/22/2010 – 07/02/2010.

www.microsoftfinancing.com/applications.aspx

**Microsoft Partner Network**

© 2010 PNC Equipment Finance. All rights reserved. Microsoft is a trademark of the Microsoft group of companies and the Microsoft Financing name and logo are used by PNC under license.

© 2010 Microsoft Corporation. All rights reserved.   Terms Of Use | Trademarks | Privacy Statement

**Michael Mai**

---

From: Michael Mai <mmai@bpmbinc.com>
Sent: Tuesday, September 21, 2010 1:34 PM
To: allen.duffin@pnc.com
Subject: FW: I don't see a deposit from you guy for the loan

More info for you to see that they are running me around and not sign up the loan.

Regards,

Michael Mai
714-878-5015
714-625-8503 (fax)
Email: mmai@bpmbinc.com
Certified Service Disabled Veteran Owned Business (SDVOSB)

---

**From:** Michael Mai [mailto:mmai@dearbornellc.com]
**Sent:** Thursday, September 02, 2010 9:00 AM
**To:** Demetrios Geokezas; Mark Tierman (tiernan@aegisgrp.com)
**Subject:** I don't see a deposit from you guy for the loan

Mark,

You told me that you will deposit on Sept 1st a payment for the loan. I don't see as of today, Sept 2nd. In addition, where are we with Microsoft loan? Do you want it or not? I need to know today so I can ask Microsoft generate a loan doc for you.

Regards,

Michael Mai
714-878-5015
714-625-8503 (fax)
Email: mmai@bpmbinc.com
Certified Service Disabled Veteran Owned Business (SDVOSB)

1

Exhibit 10

**BPMB Inc**
19621 DEARBORNE CIR
HUNTINGTON BEACH, CA 92648

# Customer Invoice

| Date | Invoice # |
|---|---|
| 8/31/2010 | 201008311 |

| Bill To | Ship To |
|---|---|
| AEGIS TECHNOLOGIES GROUP, INC.<br>110 CHERRY ST, STE 300<br>SEATTLE, WA 98104 | AEGIS TECHNOLOGIES GROUP, INC.<br>110 CHERRY ST<br>SEATTLE, WA 98104 |

| P.O. Number | Terms | Rep | Ship Date | Via | F.O.B. |
|---|---|---|---|---|---|
| 201008-20 | Net 30 | | 8/31/2010 | Federal Express | DEST |

| Item Code | Description | Part Number | Quantity | Unit Price | Amount |
|---|---|---|---|---|---|
| A2926255 | Microsoft® Windows Professional Sngl Software Assurance Open Value 1 License Additional Product 3 Year Acquired year 1 | FQC-00730 | 75 | 1,852.00 | 138,900.00 |
| A3705240 | Microsoft® Office Professional 2010 | 269-14964 | 75 | 349.00 | 26,175.00 |
| XT2XFR | Latitude XT2XFR Rugged Convertible Tablet PC with Multi-Touch Technology, Genuine Windows® 7 Professional, 32-bit, no media | E6400 XFR | 75 | 4,787.00 | 359,025.00 |
| PROF-SERV1 | Professional Services - Implementation, installation and training | | 240 | 200.00 | 48,000.00 |
| DISP1 | State Environmental Fee | | 75 | 16.00 | 1,200.00 |

Reference Sales Order Quote for additional details

| | |
|---|---|
| **Subtotal** | $573,300.00 |
| **Sales Tax (0.0%)** | $0.00 |
| **Total** | $573,300.00 |

| Phone # | E-mail | Web Site |
|---|---|---|
| (714) 969-0543 | customer@bpmbinc.com | www.bpmbinc.com |