LEO D. PLOTKIN (SBN 101893)
JOHN P. MERTENS (SBN 252762)
LEVY, SMALL & LALLAS
A Partnership Including Professional Corporations
815 Moraga Drive
Los Angeles, California 90049
Telephone: (310) 471-3000
Facsimile:   (310) 471-7990
Email:  lplotkin@lsl-la.com
            jmertens@lsl-la.com

Attorneys for Plaintiff
PNCEF, LLC, dba PNC Equipment Finance

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| PNCEF, LLC, dba PNC EQUIPMENT FINANCE, an Indiana limited liability company,<br><br>             Plaintiff,<br><br>     vs.<br><br>BPMB, INC., a California corporation, and MICHAEL MAI, an individual,<br><br>             Defendants. | Case No. SACV10-1606-DOC(PJWx)<br><br>STIPULATION TO SET ASIDE DEFAULT OF MICHAEL MAI AND BPMB, INC.; [PROPOSED] ORDER THEREON. |

This Stipulation is entered into by and between plaintiff PNCEF, LLC dba PNC Equipment Finance ("PNC"), and defendants Michael Mai ("Mai") and BPMB, Inc. ("BPMB" and together with Mai, "Defendants"), through their respective counsel of record, as follows:

1

## RECITALS

A. PNC filed this action in the United States District Court for the Central District of California on October 20, 2010 to recover certain funds transmitted to BPMB.

B. On November 23, 2010, the Court rejected a document that Mai attempted to file.

C. With no responsive pleading on file, on December 30, 2010, PNC submitted its Application for Clerk to Enter Default of Defendants.

D. On January 3, 2011, the Clerk entered default against both Defendants.

## STIPULATION

Based on the foregoing recitals, PNC and Defendants hereby stipulate through their respective counsel of record, that:

1. The default entered against Defendants, and each of them, may be set aside.

2. On or before 21 days from the date that this Stipulation is approved by the Court and default set aside ("Answer Date"), Defendants will file a responsive pleading.

3. Pursuant to Federal Rule of Civil Procedure ("Rule") 26(d)(1), the parties stipulate that discovery can start immediately, prior to any conference under Rule 26(f) or the provision of initial disclosures under Rule 26(a)(1).

4. Initial disclosures required by Rule 26(a)(1) will be provided by Defendants at the time of filing their responsive pleading, and by PNC on or before the Answer Date.

///
///
///

1 | **IT IS SO STIPULATED.**

3 | Dated:   February 24, 2011               LEO D. PLOTKIN
                                              JOHN P. MERTENS
                                              LEVY, SMALL & LALLAS
                                              A Partnership Including Professional
                                                Corporations


                                              By:   /s/ John P. Mertens
                                                   JOHN P. MERTENS
                                                   Attorneys for Plaintiff
                                                   PNCEF, LLC
                                                     dba PNC Equipment Finance

11 | Dated:   February 24, 2011              THE LAW OFFICES OF STEPHEN E.
                                              OLEAR


                                              By:   /s/ Stephen E. Olear
                                                   STEPHEN E. OLEAR
                                                   Attorneys for Defendants
                                                   Michael Mai and BPMB, Inc.

26305

## **ORDER**

For good cause shown, it is hereby ORDERED, that:

1. The default entered against Defendants, and each of them, may be set aside.
2. A responsive pleading is due on or before 21 days from the date that this ORDER is entered and the default set aside ("Answer Date").
3. Discovery may start immediately, prior to any conference under Rule 26(f) or the provision of initial disclosures under Rule 26(a)(1).
4. Initial disclosures required by Rule 26(a)(1) must be provided by Defendants at the time of filing their responsive pleading, and by PNC on or before the Answer Date.

DATED:     February ___, 2011

_____
UNITED STATES DISTRICT JUDGE

# **PROOF OF SERVICE**

*STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:*

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 815 Moraga Drive, Los Angeles, California 90049.

On February 24, 2011, I served the foregoing document entitled **STIPULATION TO SET ASIDE DEFAULT OF MICHAEL MAI AND BPMB, INC., [PROPOSED] ORDER THEREON** on the interested parties in this action by placing a true copy thereof in sealed envelopes addressed as follows:

***See Attached Service List***

☒ **(By Email)** I had such document electronically submitted pursuant to the email addresses attached on the service list with no system administrator error returned.

☒ **(Federal)** I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed February 24, 2011, at Los Angeles, California.

                                                       /s/ Heidi Gray  
                                                Heidi Gray

## SERVICE LIST

Stephen Edward Olear, Esq.
500 N. State College Boulevard #540
Orange, CA 92868
Telephone: 714-937-5400
Facsimile: 714-634-4307 (fax)
Email: olearlaw@pacbell.net