LEO D. PLOTKIN (SBN 101893)
JOHN P. MERTENS (SBN 252762)
LEVY, SMALL & LALLAS
A Partnership Including Professional Corporations
815 Moraga Drive
Los Angeles, California 90049
Telephone: (310) 471-3000
Facsimile:   (310) 471-7990
Email:  lplotkin@lsl-la.com
             jmertens@lsl-la.com

Attorneys for Plaintiff
PNCEF, LLC, dba PNC Equipment Finance

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| PNCEF, LLC, dba PNC EQUIPMENT FINANCE, an Indiana limited liability company, <br><br> Plaintiff, <br><br> vs. <br><br> BPMB, INC., a California corporation, and MICHAEL MAI, an individual, <br><br> Defendants. | Case No. SACV10-1606-DOC(PJWx) <br><br> ORDER TO STIPULATION TO SET ASIDE DEFAULT OF MICHAEL MAI AND BPMB, INC. |

## **ORDER**

For good cause shown, it is hereby ORDERED, that:

1. The default entered against Defendants, and each of them, may be set aside.
2. A responsive pleading is due on or before 21 days from the date that this ORDER is entered and the default set aside ("Answer Date").
3. Discovery may start immediately, prior to any conference under Rule 26(f) or the provision of initial disclosures under Rule 26(a)(1).

1

4. Initial disclosures required by Rule 26(a)(1) must be provided by Defendants at the time of filing their responsive pleading, and by PNC on or before the Answer Date.

DATED: February 28, 2011

_David O. Carter_
UNITED STATES DISTRICT JUDGE

26504