LEO D. PLOTKIN (SBN 101893)
JOHN P. MERTENS (SBN 252762)
LEVY, SMALL & LALLAS
A Partnership Including Professional Corporations
815 Moraga Drive
Los Angeles, California 90049
Telephone: (310) 471-3000
Facsimile:   (310) 471-7990
Email:  lplotkin@lsl-la.com
          jmertens@lsl-la.com

Attorneys for Plaintiff
PNCEF, LLC dba PNC Equipment Finance

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| PNCEF, LLC, dba PNC EQUIPMENT FINANCE, an Indiana limited liability company,<br><br>           Plaintiff,<br><br>    vs.<br><br>BPMB, INC., a California corporation; and MICHAEL MAI, an individual.<br><br>           Defendants. | Case No. SACV10-1606-DOC(PJWx)<br><br>STIPULATION TO AMEND COMPLAINT ADDING ADDITIONAL PARTIES |

This Stipulation is entered into by and between plaintiff PNCEF, LLC dba PNC Equipment Finance ("PNCEF"), and defendants Michael Mai ("Mai") and BPMB, Inc. ("BPMB" and together with Mai, "Defendants"), through their respective counsel of record, as follows:

## RECITALS

A. PNCEF filed this action in the United States District Court for the Central District of California on October 20, 2010 to recover certain funds transmitted to BPMB.

B. PNCEF represents that on January 1, 2011, PNCEF merged into and was succeeded by PNC Equipment Finance, LLC, a Delaware limited liability company.

C. PNCEF represents that during the discovery process, PNC/PNCEF has discovered that there were additional parties involved in the fraudulent transaction that formed the basis of the Complaint. PNC/PNCEF wishes to prosecute its claims against additional defendants JAC Instrument Inc. ("Fake JAC"), Dearborne Circle, LLC ("Dearborne"), Michael Zeman ("Zeman"), Quin Rudin ("Rudin"), Alejandro Vazquez ("A. Vazquez"), Nicolas Vazquez ("N. Vazquez"), and David Rice ("Rice").

D. PNCEF's allegation of additional defendants involved in a scheme to defraud PNCEF has given rise to an additional cause of action for conspiracy.

E. Defendants Michael Mai ("Mai") and BPMB, Inc. ("BPMB") expressly deny the allegations in recitals C and D above.

F. PNC/PNCEF may amend its pleadings "with the opposing party's written consent." FRCP 15(a)(2).

## STIPULATION

Based on the foregoing recitals, PNC and Defendants hereby stipulate through their respective counsel of record, that:

1. PNC may substitute as plaintiff for its predecessor entity PNCEF.
2. PNC may file the First Amended Complaint, which names additional parties, attached hereto as Exhibit "1."

**IT IS SO STIPULATED.**

Dated:   May 27, 2011                                   LEO D. PLOTKIN
                                                        JOHN P. MERTENS
                                                        LEVY, SMALL & LALLAS
                                                        A Partnership Including Professional
                                                         Corporations


                                                        By:   /s/ John P. Mertens
                                                            JOHN P. MERTENS
                                                            Attorneys for Plaintiff
                                                            PNCEF, LLC
                                                             dba PNC Equipment Finance

Dated:   May 27, 2011                                   THE LAW OFFICES OF STEPHEN E. OLEAR


                                                        By:   /s/ Stephen E. Olear
                                                            STEPHEN E. OLEAR
                                                            Attorneys for Defendants
                                                            Michael Mai and BPMB, Inc.

26949

3

**PROOF OF SERVICE**

*STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:*

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 815 Moraga Drive, Los Angeles, California 90049.

On May 27, 2011, I served the foregoing document entitled **STIPULATION TO AMEND COMPLAINT ADDING ADDITIONAL PARTIES** on the interested parties in this action by placing a true copy thereof in sealed envelopes addressed as follows:

*See Attached Service List*

☒ By Service of Court via Notice of Electronic Filing ("NEF") Pursuant to controlling General Order(s), the foregoing document will be served by the Court via NEF and hyperlink to the document. I checked the CM/ECF docket for this action and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addresses indicated on the attached service list.

☒ (**Federal**) I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed May 27, 2011, at Los Angeles, California.

                                              /s/ Heidi Gray
                                           Heidi Gray

# **SERVICE LIST**

Stephen Edward Olear, Esq.
500 N. State College Boulevard #540
Orange, CA 92868
Telephone: 714-937-5400
Facsimile: 714-634-4307 (fax)
Email: olearlaw@pacbell.net