LEO D. PLOTKIN (SBN 101893)
JOHN P. MERTENS (SBN 252762)
LEVY, SMALL & LALLAS
A Partnership Including Professional Corporations
815 Moraga Drive
Los Angeles, California 90049
Telephone: (310) 471-3000
Facsimile:   (310) 471-7990
Email:  lplotkin@lsl-la.com
            jmertens@lsl-la.com

Attorneys for Plaintiff
PNCEF, LLC dba PNC Equipment Finance

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| PNCEF, LLC, dba PNC EQUIPMENT FINANCE, an Indiana limited liability company,<br><br>             Plaintiff,<br><br>     vs.<br><br>BPMB, INC., a California corporation; and MICHAEL MAI, an individual.<br><br>             Defendants. | Case No. SACV10-1606-DOC(PJWx)<br><br>ORDER APPROVING STIPULATION TO AMEND COMPLAINT ADDING ADDITIONAL PARTIES |

**ORDER**

For good cause shown, it is hereby ORDERED, that:

1. PNC Equipment Finance, LLC ("PNC") may substitute in as the successor entity to current plaintiff PNCEF, LLC.
2. PNC may file the First Amended Complaint attached hereto as Exhibit "1".
3. Upon application of plaintiff PNC, the Clerk shall issue summons to JAC Instrument Inc. ("Fake JAC"), Dearborne Circle, LLC ("Dearborne"), Michael Zeman ("Zeman"), Quin Rudin ("Rudin"), Alejandro Vazquez ("A. Vazquez"), Nicolas Vazquez ("N. Vazquez"), and David Rice ("Rice").

DATED:   June 1, 2011

_David O. Carter_
UNITED STATES DISTRICT JUDGE

26950

# PROOF OF SERVICE

*STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:*

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 815 Moraga Drive, Los Angeles, California 90049.

On June 1, 2011, I served the foregoing document entitled **[PROPOSED] ORDER APPROVING STIPULATION TO AMEND COMPLAINT ADDING ADDITIONAL PARTIES** on the interested parties in this action by placing a true copy thereof in sealed envelopes addressed as follows:

*See Attached Service List*

☒ **(By Email)** I had such document electronically submitted pursuant to the email addresses attached on the service list with no system administrator error returned.

☒ **(Federal)** I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed June 1, 2011, at Los Angeles, California.

                                        /s/ Heidi Gray
                                        Heidi Gray

## SERVICE LIST

Stephen Edward Olear, Esq.
500 N. State College Boulevard #540
Orange, CA 92868
Telephone: 714-937-5400
Facsimile: 714-634-4307 (fax)
Email: olearlaw@pacbell.net