**POS-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Leo D. Plotkin, Esq. (SBN 101893)<br>John P. Mertens, Esq. (SBN 252762)<br>LEVY, SMALL & LALLAS<br>A Partnership Including Professional Corporations<br>815 Moraga Drive, Los Angeles, California 90049<br>TELEPHONE NO.: (310) 471-3000  FAX NO. *(Optional):* (310) 471-7990<br>E-MAIL ADDRESS *(Optional):*<br>ATTORNEY FOR *(Name):* Plaintiff PNC Equipment Finance, LLC | |
| ~~SUPERIOR COURT OF CALIFORNIA, COUNTY OF~~ United States District Court<br>STREET ADDRESS: 411 West Fourth Street<br>MAILING ADDRESS: Same as above<br>CITY AND ZIP CODE: Santa Ana, California 92701<br>BRANCH NAME: Southern Division - Santa Ana Courthouse | |
| PLAINTIFF/PETITIONER: PNC EQUIPMENT FINANCE, LLC, a Delaware limited liability company,<br>DEFENDANT/RESPONDENT: BPMB, INC., a California corporation | CASE NUMBER:<br>SACV10-1606-DOC(PJWx) |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>2144.4722 |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [X] summons
   b. [X] complaint
   c. [ ] Alternative Dispute Resolution (ADR) package
   d. [X] Civil Case Cover Sheet *(served in complex cases only)*
   e. [ ] cross-complaint
   f. [X] other *(specify documents):* Certification and Notice of Interested Parties; Order Setting Schdeduling Conference; Order Continuing Scheduling Conference; Notice to Counsel; USDC - Civility and Professionalism Guidelines
3. a. Party served *(specify name of party as shown on documents served):* Alejandro Vazquez

   b. [X] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*
   Melissa Vazquez, wife of Alejandro Vazquez

4. Address where the party was served: 7762 Whitney Drive, Riverside, CA 92509

5. I served the party *(check proper box)*
   a. [ ] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):*           (2) at *(time):*
   b. [X] **by substituted service.** On *(date):* 07/30/11 at *(time):* 9:23 a.m. I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):* Melissa Vazquez, wife of Alejandro Vazquez
   (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
   (2) [X] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
   (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
   (4) [X] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date):* 8/12/11 from *(city):* Calabasas, CA  or [ ] a declaration of mailing is attached.
   (5) [X] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** |  | Code of Civil Procedure, § 417.10 |

| PLAINTIFF/PETITIONER: PNC EQUIPMENT FINANCE, LLC, a Delaware limited liability company, | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: BPMB, INC., a California corporation | SACV10-1606-DOC(PJWx) |

5. c. ☐ **by mail and acknowledgment of receipt of service**. I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date)*:    (2) from *(city)*:

    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

  d. ☐ **by other means** *(specify means of service and authorizing code section)*:

☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
  a. ☐ as an individual defendant.
  b. ☐ as the person sued under the fictitious name of *(specify)*:
  c. ☐ as occupant.
  d. ☐ On behalf of *(specify)*:
  under the following Code of Civil Procedure section:
    ☐ 416.10 (corporation)    ☐ 415.95 (business organization, form unknown)
    ☐ 416.20 (defunct corporation)    ☐ 416.60 (minor)
    ☐ 416.30 (joint stock company/association)    ☐ 416.70 (ward or conservatee)
    ☐ 416.40 (association or partnership)    ☐ 416.90 (authorized person)
    ☐ 416.50 (public entity)    ☐ 415.46 (occupant)
    ☐ other:

7. **Person who served papers**
  a. Name: Paul M. Fronterhouse
  b. Address: 26500 W. Agoura Road #351 in the city of Calabasas, CA 91302
  c. Telephone number: (818) 880-8583
  d. **The fee** for service was: $
  e. I am:
    (1) ☐ not a registered California process server.
    (2) ☒ exempt from registration under Business and Professions Code section 22350(b).
    (3) ☐ registered California process server:
      (i) ☐ owner ☐ employee ☐ independent contractor.
      (ii) Registration No.:
      (iii) County:

8. ☒ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    or

9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: August 12, 2011

Paul M. Fronterhouse
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)    (SIGNATURE)

LEO D. PLOTKIN (SBN 101893)
JOHN P. MERTENS (SBN 252762)
LEVY, SMALL & LALLAS
A Partnership Including Professional Corporations
815 Moraga Drive
Los Angeles, California 90049
Telephone: (310) 471-3000
Facsimile: (310) 471-7990
Email: lplotkin@lsl-la.com
         jmertens@lsl-la.com
Attorneys for Plaintiff
PNC EQUIPMENT FINANCE, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| PNC EQUIPMENT FINANCE, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>BPMB, INC., a California corporation; DEARBORNE CIRCLE, LLC, a California limited liability corporation; JAC INSTRUMENT INC., a California corporation; MICHAEL MAI, an individual; MICHAEL ZEMAN, an individual; QUIN RUDIN, an individual; ALEJANDRO VAZQUEZ, an individual; NICOLAS VAZQUEZ, an individual; and DAVID RICE, an individual.<br><br>Defendants. | Case No. SACV10-1606-DOC(PJWx)<br><br>DECLARATION OF DILIGENCE |

1

I, Paul M. Fronterhouse, declare as follows:

1.  I am over the age of eighteen (18) years of age and am employed through E. Investigations, Inc., mailing address of 26500 W. Agoura Road #351 in the city of Calabasas, CA 91302.

2.  I received the within process on July 28, 2011 and after due and diligent effort I have not been able to personally serve Alejandro Vazquez with the following documents: Summons, First Amended Complaint; Civil Case Cover Sheet; Certification and Notice of Interested Parties; Order Setting Scheduling Conference; Order Continuing Scheduling Conference; Notice to Counsel; United States District Court Central District of California Civility and Professional Guidelines package.

3.  I made the following attempts on the dates and times listed below to effect personal service.

4.  July 28, 2011 at 7:30 p.m.  There was no answer at the time of attempt.

5.  July 29, 2011 at 8:00 a.m.  There was no answer at the time of attempt.

6.  July 29, 2011 at 9:00 p.m.  There was no answer at the time of attempt.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 5th day of August 2011, at Los Angeles, California.

_/s/ Paul M. Fronterhouse_
PAUL M. FRONTERHOUSE

27238