1  David R Rice
2  25 Grassy Knoll Ln
   Rancho Santa Margarita, CA 92688
3  Telephone: 714.315.5700
4  Defendant, In Pro Per

FILED-SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

SEP 22 2011

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION

| | |
|---|---|
| PNC EQUIPMENT FINANCE, LLC, a Delaware limited liability company<br><br>Plaintiff(s)<br><br>vs.<br><br>BPMB, INC, a California corporation; DEARBORNE CIRCLE, LLC, a California limited liability corporation; JAC INSTRUMENT INC., a California Corporation; MICHAEL MAI, an Individual; MICHAEL ZEMAN, an Individual; QUIN RUDIN, an individual; ALEJANDRO VAZQUEZ, an individual; NICOLAS VAZQUEZ, an individual; and DAVID RICE, an individual<br><br>Defendant(s) | Case No.: SACV10-1606-DOC(PJWx)<br>ANSWER TO:<br>**FIRST AMENDED COMPLAINT FOR:**<br>1) **FRAUD;**<br>2) **IMPOSITION OF CONSTRUCTIVE TRUST;**<br>3) **NEGLIGENT MISREPRESENTATION**<br>4) **CONVERSION;**<br>5) **BREACH OF CONTRACT; AND**<br>6) **CONSPIRACY**<br>**JURY TRIAL DEMANDED** |

Defendant DAVID RICE, an individual (hereinafter "Defendant Rice") hereby provides these responses to Plaintiff PNC EQUIPMENT FINANCE, LLC (hereinafter "Plaintiff") Complaint:

## RESPONSES TO COMPLAINT

**RESPONSE TO ITEM NO. 14 (PG 4):**

Defendant Rice is a U.S. Citizen and resides in the County of Orange, State of California

**RESPONSE TO ITEM NO. 29 (PG 7):**

Defendant Rice received $15,000 as a finder's fee for introducing Mike Zeman to BMPB

**RESPONSE TO ITEM NO. 66 (PG 14):**

Defendant Rice had no involvement in this financial transaction other than introducing the parties, and as a consequence should be removed as a "Defendant" from this Complaint

**RESPONSE TO ITEM NO. 69 (PG 15):**

Defendant Rice had no involvement in this financial transaction other than introducing the parties, and as a consequence should be removed as a "Defendant" from this Complaint

Dated: July 15, 2011                                DAVID R. RICE

*/s/ David R. Rice*

David R. Rice
In Pro Per

e-filed with the US District Court, Central District of California, Southern Division

Delivered via Email to Plaintiff's Attorney:
Leo D. Plotkin, Esq.
John P. Mertens, Esq.
Levy, Small 7 Lallas, PPC
815 Moraga Drive
Los Angeles, CA 90049

SERVICE LIST

John PL Mertens
Leo Plotkin
Levy Small & Lallas
815 Moraga Dr.
Los Angeles, CA 90049
(Atty. for AMC)

Stephen Edward Olear
Stephen E Olear Law Offices
1801-F E Parkcourt Pl.
Ste 101
Santa Ana, CA 92201
(Atty. for QMB)

Brenda E Vargas
Law Office of Brenda E Vargas
1605 W. Olympic Blvd, Ste 1080
Los Angeles, CA 90015
(Atty. for Michael Mai)

Leonard J. Comden
Wasserman Comden
Casselman & Esensten LLP
5567 Reseda Blvd, Ste 330
PO Box 7033
Tarzana, CA 91356
(Atty. for Michael Zeeman)
(Dearborne Circle LLC)
(JAC Instrument Inc.)

Defendant: Quin Rudin
Defendant: Nicholas Vazquez
Defendant: Alejandro Vazquez

# PROOF OF SERVICE

I, DAVID A RICE (name), declare as follows. I am over the age of 18 years. My address is:

25 GRASSY KNOLL LN
RANCHO SANTA MARGARITA
CA 92688

On 9-22-11 (date), I served the foregoing document described as:

ANSWER TO FIRST AMENDED COMPLAINT

on all interested parties in this action by placing a true and correct copy thereof in a sealed envelope, with first-class postage prepaid thereon, and deposited said envelope in the United States mail in Rancho Santa Margarita CA (city, state) addressed to:

(SEE ATTACHED) (name)           _____ (name)
_____ (address)           _____ (address)
_____ (address)           _____ (address)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 9-22-11 (date) at U.S. District Court (place of signing).

David Rice (signature)
DAVID A RICE (name)