UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.    SACV 10-1606-DOC(PJWx)                                    Date    February 6, 2012

Title    PNCEF, LLC -V- BPMB, INC., ET AL.

Present: The Honorable    DAVID O. CARTER, U.S. District Judge

| Julie Barrera | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| No Appearances | No Appearance |

Proceedings:    (IN CHAMBERS) ORDER ADVANCING FINAL PRETRIAL CONFERENCE

    The Court, on its own motion, ADVANCES the Final Pretrial Conference currently set for February 13, 2012 to February 10, 2012 at 8:30 a.m.

_____    :    00

Initials of Preparer    jcb