LEO D. PLOTKIN (SBN 101893)
JOHN P. MERTENS (SBN 252762)
LEVY, SMALL & LALLAS
A Partnership Including Professional Corporations
815 Moraga Drive
Los Angeles, California  90049
Telephone:  (310) 471-3000
Facsimile:   (310) 471-7990
Email:        lplotkin@lsl-la.com
                   jmertens@lsl-la.com

Attorneys for Plaintiff
PNC Equipment Finance, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| PNC EQUIPMENT FINANCE, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>BPMB, INC., a California corporation; DEARBORNE CIRCLE, LLC, a California limited liability corporation; JAC INSTRUMENT INC., a California corporation; MICHAEL MAI, an individual; MICHAEL ZEMAN, an individual; QUIN RUDIN, an individual; ALEJANDRO VAZQUEZ, an individual; NICOLAS VAZQUEZ, an individual; and DAVID RICE, an individual.<br><br>Defendants. | Case No. SACV10-1606 DOC (PJWx)<br><br>**PRETRIAL CONFERENCE STATUS REPORT AND REQUEST FOR CONTINUANCE** |

Plaintiff PNC Equipment Finance, LLC fka PNCEF, LLC ("PNC") hereby makes the following representations to the Court regarding the status of litigation against defendants Michael Zeman ("Zeman"), Michael Mai ("Mai"), BPMB, Inc. ("BPMB"), Dearborne Circle, LLC ("Dearborne" and together with Mai and BPMB, the "Mai Defendants"), Quin Rudin ("Rudin"), Alejandro Vazquez ("A. Vazquez"), Nicolas Vazquez ("N. Vazquez"), David Rice ("Rice") and JAC Instrument Inc. ("JAC" and together with Rudin, A. Vazquez, and Rice, the "Defaulted Defendants"):

A. On January 31, 2012, PNC and Zeman came to an agreement to settle the action as against Zeman on mutually agreeable terms. This settlement is in the process of being documented.

B. PNC has been in frequent communication with counsel for the Mai Defendants regarding settlement. Given the progress that has been made, PNC expects settlement to be reached shortly.

C. On February 1, 2012, the Mai Defendants made an offer to settle the action as against the Mai Defendants.

D. On February 3, 2012, PNC responded with a counter-offer that is close to the terms of the offer made by the Mai Defendants.

E. PNC has requested and obtained entry of default against each of the Defaulted Defendants.

F. PNC has been unable to serve N. Vazquez with a summons and the First Amended Complaint. If PNC is unable to serve N. Vazquez by the Pretrial Conference, PNC expects the Court will dismiss N. Vazquez without prejudice pursuant to Local Rule 16-8.1.

G.  PNC requests a continuation of the Pretrial Conference for 60 days so that: i) PNC can complete its settlement discussion with the Mai Defendants; ii) PNC, the Mai Defendants, and Zeman can finalize settlement documentation and file documents with the Court as appropriate; and iii) PNC can seek entry of default judgments against the Defaulted Defendants. If settlement discussions with the Mai Defendants are unexpectedly unsuccessful, 60 days will permit PNC time to comply with Local Rules regarding the pretrial conference.

H.  Counsel for PNC has conferred with counsel for Zeman and the Mai Defendants. Zeman and the Mai Defendants support this request for a continuance.

Dated: February 6, 2012

LEO D. PLOTKIN
JOHN P. MERTENS
LEVY, SMALL & LALLAS
A Partnership Including Professional Corporations

By: _____
JOHN P. MERTENS
Attorneys for Plaintiff
PNC Equipment Finance, LLC fka PNCEF, LLC

27929

# PROOF OF SERVICE

*STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:*

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 815 Moraga Drive, Los Angeles, California 90049.

On February 6, 2012, I served the foregoing document entitled **PRETRIAL CONFERENCE STATUS REPORT AND REQUEST FOR CONTINUANCE** on the interested parties in this action by placing a true copy thereof in sealed envelopes addressed as follows:

<u>*See Attached Service List*</u>

☒ **(By Mail)** I am "readily familiar" with the firm's practice of collection and processing of correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with first class postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or the postage meter date is more than one day after date of deposit for mailing in this Proof of Service.

☒ By Service of Court via Notice of Electronic Filing ("NEF") Pursuant to controlling General Order(s), the foregoing document will be served by the Court via NEF and hyperlink to the document. I checked the CM/ECF docket for this action and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addresses indicated on the attached service list.

☒ **(Federal)** I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed February 6, 2012, at Los Angeles, California.

                                         /s/ Heidi Gray
                                         Heidi Gray

## SERVICE LIST

**VIA NOTICE OF ELECTRONIC FILING**
Stephen Edward Olear, Esq.
500 N. State College Boulevard #540
Orange, CA 92868
Telephone: 714-937-5400
Facsimile: 714-634-4307 (fax)
Email: olearlaw@pacbell.net

**VIA NOTICE OF ELECTRONIC FILING**
Leonard J. Comden, Esq.
Wasserman, Comden, Casselman & Esensten, LLP
5567 Reseda Blvd., Suite 330
Tarzana, CA 91356
Email: lcomden@wccelaw.com
Email: ldavies@wccelaw.com

**VIA U.S. MAIL**
David Rice
25 Grassy Knoll Lane
Rancho Santa Margarita, CA 92688