LAW OFFICES OF
**GLASS & GOLDBERG**
A LAW CORPORATION

MARSHALL F. GOLDBERG, #89677
21700 OXNARD STREET, SUITE 430
WOODLAND HILLS, CALIFORNIA 91367-3665
TELEPHONE (818) 888-2220
TELECOPIER (818) 888-2229
EMAIL: MGOLDBERG@GLASSGOLDBERG.COM

JS-6

Attorneys for Plaintiff
PNC EQUIPMENT FINANCE, LLC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PNC EQUIPMENT FINANCE, LLC., a Delaware limited liability company,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>BPMB, INC., a California Corporation, et al.,<br><br>　　　　　　Defendants. | CASE NO: SACV10-1606 DOC (PJWx)<br><br>JUDGMENT PURSUANT TO STIPULATION [~~PROPOSED~~]   [73] |

**JUDGMENT**

Pursuant to the Stipulation for Judgment Against Michael Zeman entered into by and between plaintiff PNC Equipment Finance, LLC fka PNCEF, LLC ("PNC"), and defendant Michael Zeman ("Zeman"),

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1.　　PNC shall have judgment against Zeman, as herein provided.

---

1

GLASS & GOLDBERG　　　　　　　　　　Judgment Pursuant to Stipulation

  2. Zeman is indebted to PNC in the principal sum of $350,000 with interest, accruing at the rate of 10% per annum from the date of entry of the Judgment.

  3. This judgment arises from acts of fraud committed by Zeman against PNC.

Dated:  March 31, 2014

*David O. Carter*
_____
DAVID O. CARTER
U.S. DISTRICT COURT JUDGE